1  BRIAN T. HAFTER, ESQ., State Bar No. 173151
       bhaftter@linerlaw.com
2  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
3  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
4  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
5
   GARY FRANKLIN, ESQ., *Pro Hac Vice*
6      gfranklin@ppeclaw.com
   PRIMMER PIPER EGGLESTON & CRAMER PC
7  150 South Champlain Street
   P.O. Box 1489
8  Burlington, VT 05402-1489
   Telephone: (802) 864-0880
9  Facsimile: (802) 864-0328

10 PATRICK McCARTHY, State Bar No. 108079
   LUKE VEALE, State Bar No. 252533
11     pmcarthy@mccarthylaw.us
   LAW OFFICES OF PATRICK McCARTHY
12 7041 Koll Center Parkway, Suite 160
   Pleasanton, CA 94566
13 Telephone: (925) 460-6000
   Facsimile: (925) 460-6292
14
   Attorneys for Defendants
15 AVERY LIEBERMAN and
   SLEEPING WELL, LLC
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

21 SLEEP SCIENCE PARTNERS, INC., a          )  CASE NO.: CV-09-4200-CW
   California corporation,                  )
22                                          )  Honorable Claudia Wilken
                                            )
23              Plaintiff,                  )  **REQUEST FOR APPROVAL OF**
                                            )  **SUBSTITUTION OF ATTORNEY**
24      vs.                                 )  **AND ORDER THERETO**
                                            )
25 AVERY LIEBERMAN, an individual,          )
26 SLEEPING WELL, LLC, a Vermont limited    )
   liability corporation and Does 1-10 inclusive, )
27                                          )
                                            )
28              Defendants.                 )
   _____ )

                              - 1 -

1    Defendants, AVERY LIEBERMAN and SLEEPING WELL, LLC, hereby request the Court to

2    approve the substitution of Patrick McCarthy of The Law Offices of Patrick McCarthy as their

3    attorney of record in place and stead of Brian T. Hafter, Esq. of Liner Grode Stein Yankelevitz

4    Sunshine Regenstreif & Taylor LLP.

5

6    I hereby consent to the above substitution.

7

8    Dated: _____April 5th_____, 2010

9                                                                    _____
                                                                      AVERY LIEBERMAN
10                                                                    Defendant

11   I hereby consent to the above substitution.

12

13   Dated: _____, 2010

14                                                                    _____
                                                                      Daniel A. Webster, for
15                                                                    SLEEPING WELL, LLC
                                                                      Defendant
16

17   I hereby consent to the above substitution.

18

19   Dated: March 31, 2010

20                                                                    _____
                                                                      Patrick McCarthy, Esq.
21                                                                    Law Offices of Patrick McCarthy

22   ////
23   ////
24   ////
25   ////
26   ////
27   ////
28   ////

- 2 -

1    Defendants, AVERY LIEBERMAN and SLEEPING WELL, LLC, hereby request the Court to

2    approve the substitution of Patrick McCarthy of The Law Offices of Patrick McCarthy as their

3    attorney of record in place and stead of Brian T. Hafter, Esq. of Liner Grode Stein Yankelevitz

4    Sunshine Regenstreif & Taylor LLP.

5

6    I hereby consent to the above substitution.

7

8    Dated: _____, 2010

                                                    _____
9                                                           AVERY LIEBERMAN
                                                                 Defendant
10

11   I hereby consent to the above substitution.

12

13   Dated: April 1ST, 2010

                                                    _____
14                                                       Daniel A. Webster, for
                                                          SLEEPING WELL, LLC
15                                                             Defendant

16

17   I hereby consent to the above substitution.

18

19   Dated: March 31, 2010

                                                    _____
20                                                       Patrick McCarthy, Esq.
                                                     Law Offices of Patrick McCarthy
21

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

Case No. CV-09-4200-CW                                  Request for Approval of
                                               Substitution of Attorney and Order Thereto

1    I hereby consent to the above substitution.

2

3    Dated: _____3/31_____, 2010    _____
                                      Brian T. Hafter, Esq.
4                                     Liner Grode Stein Yankelevitz Sunshine Regenstreif
5                                            & Taylor LLP

6

7    ////

8    ////

9    ////

10   ////

11   ////

12   ////

13   ////

14   ////

15   ////

16   ////

17   ////

18   ////

19   ////

20   ////

21   ////

22   ////

23   ////

24   ////

25   ////

26   ////

27   ////

28   ////

- 3 -

**ORDER**

1

2       The Court hereby orders that the request of defendants AVERY LIEBERMAN and SLEEPING

3   WELL, LLC to substitute PATRICK McCARTHY of The Law Offices of Patrick McCarthy (SBN

4   108079), 7041 Koll Center Parkway, Suite 160, Pleasanton, CA 94566, pmccarthy@mccarthylaw.us,

5   telephone (925) 460-6000, and facsimile (925) 460-6292, as attorney of record in place and stead of

6   Brian T. Hafter, Esq. of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor, LLP, is hereby

7   GRANTED.

8       IT IS SO ORDERED.

9

10   Dated: April __8__, 2010                 By: _____

11                                                   Hon. Claudia Wilken
                                                    Judge, United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-09-4200-CW                                    Request for Approval of
                                            Substitution of Attorney and Order Thereto