Joseph Ehrlich SBN 84359
LOSCH & EHRLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 956-8400
Facsimile:      (415) 956-2150
E-mail: je@losch-ehrlich.com

Heather G. Flick SBN 184206
THE FLICK GROUP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 765-6685
Facsimile:      (415) 956-2150

Attorneys for Plaintiff
Sleep Science Partners, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>AVERY LIEBERMAN, an individual, KATRINA WEBSTER, an individual, DANIEL WEBSTER, an individual, SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10,<br><br>           Defendants. | Case No.  CV09-4200CW<br><br>Honorable Claudia Wilken<br><br><br>**STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff SLEEP SCIENCE PARTNERS, INC. ("Plaintiff") and Defendants Avery Lieberman. Katrina Webster, Daniel Webster and Sleeping Well, LLC ("Defendants") (collectively the "parties"), by and through their respective counsel, have agreed to the terms of

this Order.  Now, therefore, the Court having been fully advised and for good cause shown, hereby enters the following **ORDER:**

Plaintiff Sleep Science Partners, Inc. is granted leave to file the Second Amended Complaint attached as Exhibit A to its Motion for Leave to File a Second Amended Complaint. Defendants to have up to and including June 25, 2010 to file a responsive pleading to the Second Amended Complaint with Defendants expressly reserving all rights to answer or otherwise respond to the Second Amended Complaint as they deem appropriate including but not limited to the right to file a motion to dismiss.  The July 8, 2010 hearing date is vacated as moot.

**IT IS SO ORDERED:**

**Dated: 6/10/2010** _____  **By:** _____
**CLAUDIA WILKEN**
**United States District Judge**

Respectfully submitted,

| | |
|---|---|
| Dated: June 2, 2010 | THE FLICK GROUP |
| | By: /S/ Heather Flick |
| | Heather Flick, Attorneys for Plaintiff |
| Dated: June 2, 2010 | PRIMMER PIPER EGGLESTON & CRAMER |
| | By: /S/ Gary Franklin |
| | Gary Franklin, Attorneys for Defendants |