JOSEPH EHRLICH - #84359
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:   (415) 956-8400
Facsimile:    (415) 956-2150
je@losch-ehrlich.com

HEATHER G. FLICK - #184206
The Flick Group
425 California Street, Suite 2025
San Francisco, CA  94104
Telephone:   (415)765-6685
Facsimile:    (415)956-2150
heatherflick@gmail.com
Attorneys for Plaintiff
SLEEP SCIENCE PARTNERS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AVERY LIEBERMAN, an individual, SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10,<br><br>Defendants. | Case No.  CV09-4200CW<br><br>Honorable Claudia Wilken<br><br>STIPULATED ORDER GRANTING PLAINTIFF SLEEP SCIENCE PARTNERS, INC.'S MOTION TO EXTEND TIME TO ADD PARTIES |

Plaintiff SLEEP SCIENCE PARTNERS, INC. ("Plaintiff") and Defendants Avery Lieberman. Katrina Webster, Daniel Webster and Sleeping Well, LLC ("Defendants") (collectively, the "parties"), by and through their respective counsel, have agreed to the terms of this Order. Now, therefore, the Court having been fully advised and for good cause shown, hereby enters the following ORDER:

The deadline to add additional parties or claims is extended to September 15, 2010.

| | |
|---|---|
| Dated: 6/18/2010 | By: *[signature]* |
| | CLAUDIA WILKEN |
| | United States District Judge |

Respectfully submitted,

Dated: June 15, 2010              THE FLICK GROUP

                                  By: /S/ Heather Flick
                                  Heather Flick, Attorneys for Plaintiff

Dated: June 15, 2010              PRIMMER PIPER EGGLESTON & CRAMER

                                  By: /S/ Gary Franklin
                                  Gary Franklin, Attorneys for Defendants

Stipulated Order Extending Time to Add Parties                              2