```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10   SLEEP SCIENCE PARTNERS INC.,)
                                 )
11           Plaintiff(s),       )    No. C09-4200 CW (BZ)
                                 )
12        v.                     )
                                 )
13                               )    INITIAL DISCOVERY ORDER
     AVERY LIEBERMAN, et al.,    )
14                               )
             Defendant(s).       )
15   _____)
```

16      All discovery in this matter has been referred to United
17 States Magistrate Judge Bernard Zimmerman.
18      In the event a discovery dispute arises, the parties
19 shall meet in person or, if counsel are outside the Bay Area,
20 by telephone and make a good faith effort to resolve their
21 dispute.  Exchanging letters or telephone messages about the
22 dispute is insufficient.  The Court will not read subsequent
23 positioning letters; parties shall instead make a
24 contemporaneous record of their meeting using a tape recorder
25 or a court reporter.
26      In the event they cannot resolve their dispute, the
27 parties must participate in a telephone conference with the
28 Court **before** filing any discovery motions or other papers.

1

```
 1  The party seeking discovery shall request a conference in a
 2  letter filed electronically not exceeding two pages (with no
 3  attachments) which briefly explains the nature of the action
 4  and the issues in dispute.  Other parties shall reply in
 5  similar fashion within two days of receiving the letter
 6  requesting the conference.  The Court will contact the parties
 7  to schedule the conference.
 8       After the conference with the Court, if filing papers is
 9  deemed necessary, they should be filed electronically with the
10  Clerk's Office, with one hard copy delivered directly to
11  Magistrate Judge Zimmerman's Chambers (Room 15-6688).  A
12  chambers copy of all briefs shall be submitted on a diskette
13  formatted in WordPerfect or e-mailed to the following address:
14  bzpo@cand.uscourts.gov
15  Dated: September 1, 2010
```

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\INITIAL DISCOVERY ORD.wpd