Joseph Ehrlich SBN 84359
LOSCH & EHRLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 956-8400
Facsimile:     (415) 956-2150
E-mail: je@losch-ehrlich.com

Heather G. Flick SBN 184206
THE FLICK GROUP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 765-6685
Facsimile:     (415) 956-2150

Attorneys for Plaintiff
Sleep Science Partners, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AVERY LIEBERMAN, an individual, KATRINA WEBSTER, an individual, DANIEL WEBSTER, an individual, SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.  CV09-4200CW<br><br>Honorable Claudia Wilken<br><br><br>**STIPULATED ORDER AMENDING CASE MANAGEMENT ORDER DATED DECEMBER 31, 2009** |

　　　　Plaintiff SLEEP SCIENCE PARTNERS, INC. ("Plaintiff") and Defendants Avery Lieberman. Katrina Webster, Daniel Webster and Sleeping Well, LLC ("Defendants")

(collectively the "parties"), by and through their respective counsel, have agreed to the terms of this Order.

WHEREAS, the Court entered a Case Management Order on or about December 31, 2009;

WHEREAS, the Court extended the original fact discovery deadline from July 30, 2010 to November 1, 2010 in the Order denying Defendants' Motion to Stay dated May 28, 2010;

WHEREAS, certain deadlines in the Case Management Order likewise need to be extended;

WHEREAS, the parties wish to mediate this dispute and require a Court order referring this matter to the ADR program office for mediation;

WHEREAS, the parties anticipate conducting the mediation in the week of November 1, 2010 and in any event, will need time to schedule and complete mediation once the order referring this matter to the ADR program office for mediation is issued;

WHEREAS, Plaintiff has disclosed Dr. Glenn Clark as a witness and Dr. Clark is on sabbatical in Japan and will need to be deposed after the fact discovery cut-off;

THEREFORE, Plaintiffs and Defendants stipulate as follows:

1. This matter is hereby referred to the ADR program office for mediation;
2. The Parties shall have up to and including November 15, 2010 to complete mediation;
3. The expert disclosure deadline is extended to December 15, 2010;
4. The expert discovery cut-off is extended to February 15, 2010;
5. The deposition of Dr. Glenn Clark to be taken on or before February 15, 2010 by agreement;
6. All case dispositive motions to be heard at 2:00 pm on or before March 24, 2010;

7. Final Pretrial Conference on at 2:00 pm on May 2, 2011;

8. A 6 day jury trial will begin at 8:30 a.m. on May 16, 2011.

**IT IS SO ORDERED:** except that May 16 trial date is not available so motion cut-off, pretrial, and trial dates are unchanged.

**Dated:** __9/7/2010____        **By:** _____
                                **CLAUDIA WILKEN**
                                **United States District Judge**

Respectfully submitted,

Dated: August 30, 2010                THE FLICK GROUP

                                      By: /S/ Heather Flick
                                      Heather Flick, Attorneys for Plaintiff


Dated: August 30, 2010                PRIMMER PIPER EGGLESTON & CRAMER

                                      By: /S/ Gary Franklin
                                      Gary Franklin, Attorneys for Defendants