UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLEEP SCIENCE PARTNERS INC.,)
)
       Plaintiff(s),    )   No. C09-4200 CW (BZ)
)
v.                             )
)
)   **SCHEDULING ORDER**
AVERY LIEBERMAN, et al.,   )
)
       Defendant(s).    )
_____)

    Following a telephone conference on September 7, 2010 at which both sides were represented by counsel, **IT IS ORDERED** as follows:

    1.  Defendant shall file an opposition to plaintiff's motion to compel and motion for protective order by **September 17, 2010.**

    2.  Plaintiff shall file a reply by **September 24, 2010.**

Dated: September 8, 2010

                               Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\SCHED ORD 1.wpd

1