Patrick McCarthy, Esq. (SBN: 108079)
   pmccarthy@mccarthylaw.us
Law Offices of Patrick McCarthy
7041 Koll Center Parkway, Suite 160
Pleasanton, CA  94566

Gary L. Franklin, Esq. (SBN: 148262)
   gfranklin@ppeclaw.com
PRIMMER PIPER EGGLESTON & CRAMER PC
150 South Champlain Street
Burlington, VT  05401
Telephone:  (802) 864-0880
Facsimile:  (802) 864-0328

Attorneys for Defendants
AVERY LIEBERMAN, KATRINA WEBSTER,
DANIEL WEBSTER, AND
SLEEPING WELL, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **SLEEP SCIENCE PARTNERS, INC.,**        )<br>                    **Plaintiff,**        )<br>        v.                                         )<br>                                                      )<br>**AVERY LIEBERMAN,**                    )<br>**KATRINA WEBSTER,**                    )<br>**DANIEL WEBSTER and SLEEPING**  )<br>**WELL, LLC,**                                )<br>                    **Defendants.**       )<br>_____) | Case No. CV-09-4200-CW<br><br>**STIPULATED ORDER EXTENDING TIME TO FILE MOTIONS TO COMPEL** |

   Defendants Avery Lieberman, Katrina Webster, Daniel Webster and Sleeping Well, LLC ("Defendants") and Plaintiff Sleep Science Partners, Inc. ("Plaintiff") (collectively the "Parties"), by and through their respective counsel, have agreed to the terms of this Order.

   WHEREAS, fact discovery in this case closed on November 1, 2010;

1    WHEREAS, pursuant to Local Rule 26-2, motions to compel must be filed within 7 days after the discovery cut-off – on November 8, 2010.

WHEREAS, the Parties are preparing for a mediation to be held on November 10th and 11th;

WHEREAS, the Parties are in the process of assessing the most recent discovery responses and discussing the resolution of certain discovery disputes in an effort to avoid the filing of motions to compel;

WHEREAS, the parties wish to focus their efforts on mediation and allow for additional time to resolve the outstanding discovery disputes before filing any motions to compel;

THEREFORE, Defendants and Plaintiff stipulate as follows:

1. The parties shall have up to and including November 19, 2010 to file any motions to compel in connection with fact discovery.

**IT IS SO ORDERED:**

**Dated:** 11/12/2010            **By:** /s/ Claudia Wilkin
                                 **CLAUDIA WILKIN**
                                 **United States District Judge**


Respectfully submitted,

LAW OFFICES OF PATRICK McCARTHY

Dated: November 8, 2010          By: __/s/ *Patrick McCarthy*_____
                                 Patrick McCarthy, Attorneys for Defendants


Dated: November 8, 2010          THE FLICK GROUP


                                 By: __/s/ Heather Flick_____
                                 Heather Flick, Attorneys for Plaintiff