UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP SCIENCE PARTNERS INC., ) <br>  ) <br> Plaintiff(s),  ) <br>  ) <br> v.  ) <br>  ) <br> AVERY LIEBERMAN, et al.,  ) <br>  ) <br> Defendant(s).  ) <br> _____ ) | No. C09-4200 CW (BZ) <br><br> **FOURTH DISCOVERY ORDER** |

Having reviewed the exchange of correspondence (Docket Nos. 87 and 91) the Court concludes that an informal resolution of this dispute is unlikely. Accordingly, plaintiff is given leave to file a motion to compel production of the documents in dispute. Plaintiff shall lodge the record on the meet and confer session with respect to this issue contemporaneously with filing its motion.

Dated:  December 6, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\DISC ORD 4.wpd

1