UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP SCIENCE PARTNERS INC., ) ) Plaintiff(s),      ) ) v.                    ) ) AVERY LIEBERMAN, et al.,   ) ) Defendant(s).   ) _____) | No. C09-4200 CW (BZ) **FIFTH DISCOVERY ORDER** |

The motion for removal of Docket No. 88-1 from the Court docket is **DENIED**.  Treating it as a motion to seal the document, no one has made the showing required by Local Rule 79-5 to justify the sealing of any portion of Mr. Franklin's declaration let alone the entire document.

Dated: December 21, 2010

                                           */s/ Bernard Zimmerman*
                                           Bernard Zimmerman
                                           United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\DISC ORD 5.wpd

1