UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP SCIENCE PARTNERS INC., <br> Plaintiff(s), <br> v. <br> AVERY LIEBERMAN, et al., <br> Defendant(s). | No. C09-4200 CW (BZ) <br><br> **ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS** |

**IT IS HEREBY ORDERED** that defendant's motion for administrative relief to file documents under seal is **DENIED**. Defendant moved to seal documents designated confidential by plaintiff. Plaintiff did not file a declaration establishing that the designated information is sealable, as required by Local Rule 79-5(d), and the time to do so has now passed.

**IT IS FURTHER ORDERED** that defendant comply with Local Rule 79-5(e).

Dated: January 6, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\DENIAL OF MOTION TO SEAL.wpd

1