PATRICK McCARTHY, State Bar No. 108079
   pmccarthy@mccarthylaw.us
LAW OFFICES OF PATRICK McCARTHY
7041 Koll Center Parkway, Suite 160
Pleasanton, CA 94566
Telephone:  (925) 460-6000
Facsimile:  (925) 460-6292

GARY L. FRANKLIN, State Bar No. 148262
   gfranklin@ppeclaw.com
PRIMMER PIPER EGGLESTON & CRAMER PC
150 South Champlain Street
P.O. Box 1489
Burlington, VT 05402-1489
Telephone:  (802) 864-0880
Facsimile:  (802) 864-0328

Attorneys for Defendants
KATRINA WEBSTER, DANIEL WEBSTER
and SLEEPING WELL, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., etc.,<br><br>           Plaintiff,<br><br>vs.<br><br>AVERY LIEBERMAN, an individual,<br>KATRINA WEBSTER, an individual,<br>DANIEL WEBSTER, an individual,<br>SLEEPING WELL, LLC, etc., et al.,<br><br>           Defendants. | CASE NO.:  CV09-4200CW<br><br>Honorable Claudia Wilken<br><br>**APPLICATION OF GARY L. FRANKLIN, ESQ. TO APPEAR TELEPHONICALLY**<br><br>Date:         January 13, 2011<br>Time:        1:30 p.m.<br>Courtroom:  G<br>Judge:        Magistrate Judge Zimmerman |

### NOTICE AND MOTION

     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  Defendants hereby file an application to permit Defendants' counsel, Gary L. Franklin, to appear telephonically on Thursday, January 13, 2011 at 1:30 p.m. for Defendants' Motion for Sanctions.

1      This Application is being made because Mr. Franklin is lead counsel for Defendants and has
2  knowledge of the matters before the Court.  Defendants' counsel, Patrick McCarthy, will be appearing
3  in person and taking the lead for today's hearing.  Mr. Franklin's appearance by phone would be
4  limited to explaining matters set forth in his Declarations or answering any questions the Court might
5  have, if appropriate, given his personal knowledge of such matters.
6      Executed this 13th day of January, 2011 in Burlington, Vermont.

                                          /s/ Gary Franklin
                                          Gary Franklin
                                          Attorneys for Defendants



DENIED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA