UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP SCIENCE PARTNERS INC., <br> Plaintiff(s), <br> v. <br> AVERY LIEBERMAN, et al., <br> Defendant(s). | No. C09-4200 CW (BZ) <br><br> **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE IMPROPERLY FILED MEDIATION STATEMENT** |

Plaintiff's administrative motion to strike the mediation statement that was filed by the defendants (Docket No. 112) is **DENIED** for failure to follow ADR Local Rule 2-4(b). Under this Rule, plaintiff's complaint that defendants violated the confidentiality provisions of mediation should have been submitted directly to the ADR Magistrate Judge. Until Judge Laporte rules, the mediation statement shall be sealed.

Dated: January 14, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\ORDER DENYING MOTION TO STRIKE.wpd

1