UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SLEEP SCIENCE PARTNERS INC.,)
)
        Plaintiff(s),    )    No. C09-4200 CW (BZ)
)
v.                         )
)    **ORDER GRANTING PLAINTIFF'S**
)    **ADMINISTRATIVE MOTION TO**
AVERY LIEBERMAN, et al.,   )    **SEAL**
)
        Defendant(s).    )

**IT IS HEREBY ORDERED** that plaintiff's unopposed administrative motion to seal documents, which was filed on December 16, 2010 (Docket No. 98), is **GRANTED**. Plaintiff's request to seal only the confidential information in Exhibits A and C is narrowly tailored and complies with Local Rule 79-5. Accordingly, plaintiff's Exhibits A and C (Docket No. 97-1) shall be filed **UNDERSEAL**.

Dated: January 14, 2011

                                       Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL.wpd

1