Joseph Ehrlich SBN 84359
LOSCH & EHRLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 956-8400
Facsimile:      (415) 956-2150
E-mail:  je@losch-ehrlich.com

Heather G. Flick SBN 184206
THE FLICK GROUP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 765-6685
Facsimile:      (415) 956-2150

Attorneys for Plaintiff
Sleep Science Partners, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., a California corporation, | Case No.  CV09-4200CW |
| | Honorable Claudia Wilken |
| Plaintiff, | |
| vs. | **STIPULATED ORDER AMENDING CASE MANAGEMENT ORDER** |
| AVERY LIEBERMAN, an individual, KATRINA WEBSTER, an individual, DANIEL WEBSTER, an individual, SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10, | |
| Defendants. | |

////

////

////

Plaintiff SLEEP SCIENCE PARTNERS, INC. ("Plaintiff") and Defendants Katrina Webster, Daniel Webster and Sleeping Well, LLC ("Defendants") (collectively the "parties")[1], by and through their respective counsel, agree to the following terms of this Order.

WHEREAS, the Court entered a Case Management Order on or about December 31, 2009, requiring the completion of fact discovery on 7/30/10 and expert discovery on 11/01/10, and setting a hearing date of 12/23/10 for dispositive motions at which time a Further Case Management Conference also would be held, and setting forth a six-day trial beginning on 3/28/11;

WHEREAS, the Court extended the fact discovery deadline to November 1, 2010 in the Order denying Defendants' Motion to Stay dated May 28, 2010;

WHEREAS, the parties agreed to extend other deadlines in the Case Management Order on or about August 30, 2010 by filing a Stipulated Amended Case Management Order;

WHEREAS, the Court adopted the parties' stipulation including the extension of expert discovery through February 15, 2010, but did not adopt the Motion, Pretrial and Trial dates proposed by the Parties because the trial date selected by the parties was unavailable;

WHERAS, the Parties are continuing to complete discovery per the previously entered schedules;

WHEREAS, the parties anticipate a trial longer than six days as currently postured but seek to file cross-motions for summary judgment upon the completion of discovery; and

WHEREAS, the parties conferred on mutually acceptable dates to establish Motion, Pretrial and Trial deadlines that comport with the Court's availability.

---

[1] Claims against Dr. Avery Lieberman were dismissed by agreement among the parties.

THEREFORE, Plaintiff and Defendants stipulate as follows:

1. All case dispositive motions to be heard at 2:00 p.m. on or before July 28, 2011;

2. Final Pretrial Conference at 2:00 p.m. on January 17, 2012;

3. A 10-day jury trial will begin at 8:30 a.m. on February 6, 2012.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:   except that the trial will begin Feb 13, and is scheduled for 6 days, absent a stipulation showing good cause for the change.**

**Dated:  1/ 24/2011**_____          By _/s/ Claudia Wilken_
                                                                **CLAUDIA WILKEN**
                                                                **United States District Judge**

Respectfully submitted,

Dated: January 20, 2011                    THE FLICK GROUP

                                                             By: /S/ Heather Flick
                                                             Heather Flick, Attorneys for Plaintiff


Dated: January 20, 2011                    PRIMMER PIPER EGGLESTON & CRAMER

                                                             By: /S/ Gary Franklin
                                                             Gary Franklin, Attorneys for Defendants