UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP SCIENCE PARTNERS INC., <br>     Plaintiff(s), <br>   v. <br> AVERY LIEBERMAN, et al., <br>     Defendant(s). | No. C09-4200 CW (BZ) <br><br> **TRANSCRIPTION ORDER** |

    Inasmuch as Judge Wilken has reopened discovery for certain limited purposes, this Court is concerned lest certain of the practices upon which it has earlier commented, reappear.

    **IT IS THEREFORE ORDERED** as follows:

    1.  The reporter shall transcribe the hearing on defendant's motion for sanctions held **January 13, 2011.**  Each party shall pay half the cost of the transcript.

    2.  Counsel for each party is **ORDERED** to provide a copy of the transcript to the President or Chief Executive Officer

///

///

1

1 | of its client and to file a certificate of counsel attesting
2 | that this was done.
3 | Dated: January 25, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SLEEP SCIENCE V. LIEBERMAN\TRANSCRIPTION ORDER.wpd