1 | Joseph Ehrlich SBN 84359
  | LOSCH & EHRLICH
2 | 425 California Street, Suite 2025
  | San Francisco, CA 94104
3 | Telephone:    (415) 956-8400
  | Facsimile:    (415) 956-2150
4 | E-mail: je@losch-ehrlich.com

5 | Heather G. Flick SBN 184206
  | THE FLICK GROUP
6 | 425 California Street, Suite 2025
  | San Francisco, CA 94104
7 | Telephone:    (415) 765-6685
  | Facsimile:    (415) 956-2150
8 |
  | Attorneys for Plaintiff
9 | Sleep Science Partners, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| SLEEP SCIENCE PARTNERS, INC., a California corporation, | Case No. CV09-4200CW |
|---|---|
| Plaintiff, | Honorable Claudia Wilken |
| vs. | [~~PROPOSED~~] ORDER RE: THE PARTIES STIPULATION AND REQUEST FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT |
| AVERY LIEBERMAN, an individual, KATRINA WEBSTER, an individual, DANIEL WEBSTER, an individual, and SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10, | |
| Defendants. | |

Based on the stipulation of the parties, Local Civil Rule 6-2, and good cause appearing, the Court orders as follows:

\\\

The Parties stipulated The Motion to file an amended complaint dismissing the Second Cause of Action of the Second Amended Complaint for Copyright Infringement without Prejudice is GRANTED.

1. Any opposition papers shall be filed and served by May 20, 2011.

2. Any reply papers shall be filed and served by May 27, 2011.

3. The hearing date be set for June 2, 2011.

IT IS SO ORDERED.   **The motion will be decided on the papers.**

Dated:   5/19/2011

_____
Hon. Claudia Wilken
District Court Judge
For the Northern District of California.

Order Re: Motion to File Amended Complaint
Case No. CV09-4200CW