# Exhibit A

# Dr. WARD A. HANSON

*Contact Information:*
(650) 723-8450 (voice)
(650) 723-8611 (fax)
hansonw@stanford.edu

*Business Address:*
Stanford Institute for Economic
Policy Research
366 Galvez
Stanford University
Stanford, CA 94305

## Education:

Ph.D., 1985, Stanford University, Economics (Industrial Organization).

M.A., 1980, Stanford University, Economics.

B.A., 1977, University of Wisconsin-Madison, Economics with Honors.

## Experience:

*Academic Positions:*

Stanford University, Stanford Institute for Economic Policy Research, Center for Research on Employment and Economic Growth, *Policy Forum Director, SIEPR Research Fellow, Lecturer in Economics,* 2004 – present.

Stanford University, Graduate School of Business, *Lecturer,* 1996 to 2004, *Visiting Assistant Professor of Marketing,* 1995-1996.

Purdue University, Krannert Graduate School of Management, *Assistant Professor of Management,* 1989-1995.

University of Chicago, Graduate School of Business, *Assistant Professor of Business Economics and Marketing,* 1985-89.

*Corporate and Governmental Positions:*

*Consultant and Expert Witness:*

Have assisted the U.S. Securities and Exchange Commission analyze the ecommerce software market. Have assisted firms in the online advertising, ecommerce, and financial services industries with business strategy, intellectual property and pricing problems in areas involving high technology and applications of the Internet. Prepared testimony on patent invalidity, intellectual property value, and potential damages in the areas of online commerce and advertising.

*Advisory Boards:*

*European Commission, PARADISO2* Panel of Experts.

*Simon-Kucher & Partners,* an international pricing consulting firm.

*Former:*
*TurnHere.com,* an online company providing custom online video to the real estate and travel industry.

*HomeGain.com,* an online real estate site matching buyers and sellers with local agents.
Served:

## Strategic Planning and Policy Analyst:

China Tianjin - Otis Elevator Joint Venture, Tianjin China, 1990. Led on-site team of joint venture strategic planning and marketing personnel in creating a revised market plan for the Chinese elevator and escalator market.

Natomas Corporation, San Francisco, 1982-84. Analyzed capital investment strategies for international oil development under conditions of economic and political uncertainty.

Policy Staff, Assistant Secretary for Conservation and Solar Energy, U.S. Department of Energy, Washington, D.C., 1979-1980. Had lead responsibility for analyzing policy initiatives and incentives for the industrial adoption of conservation technologies.

## Academic Research Centers:

*Center for Research on Employment and Economic Growth, Stanford Institute for Economic Policy Research,* Stanford University, 2004-present. Research impact of Internet on marketing, economic growth, employment, and competitive skills and analyze appropriate governmental policies affecting Internet use and development.

*Center for Electronic Business and Commerce,* Stanford University, 2000-2004. Core faculty and leader of Internet marketing research activities. Close involvement with corporate partners, research liaison between GSB faculty and partners, presentations, and executive education activities.

*Stanford Computer Industry Project,* Stanford University, 1996-1999. Core faculty member. Close involvement with research activities and seminars, student projects, advice to partners, presentations, and development activities.

*Center for the Management of Manufacturing Enterprises,* Purdue University, 1990 to 1995. Actively involved in research and teaching combining technology, marketing, and manufacturing capabilities. Special interest areas of software and high technology use in manufacturing.

*Technological Innovation Project,* Stanford University, 1983-84. Investigated the introduction and competition of key technologies, such as computers, software, integrated circuits, and consumer electronics. Participant in early research efforts on the economics of competing standards.

*Energy Modeling Forum,* Stanford University, 1979-82. Extensive involvement in energy use modeling, measuring energy price sensitivity, formulating energy policy, forecasting off-shore oil production, and developing policies favoring energy conservation and alternative energy technologies.

### Current Editorial Boards:

*Journal of Interactive Marketing*, Elsevier.

*International Journal of Internet Marketing and Advertising,* Inderscience.


### Publications:

#### Books:

*Internet Marketing and E-Commerce,* ©2007, Thomson, (South-Western College imprint), 642 pages, with K. Kalyanam.

*Principles of Internet Marketing*, ©2000, Thomson, (South-Western College imprint), 467 pages.


#### Articles:

"The Future Has a Baseline," chapter in *Marketing in the New Economy*, Patrick DuParcq, editor, forthcoming, Sage Publishing, 2010.

"Recovery.gov: Using the Internet to Accelerate and Improve Fiscal Stimulus," *Stanford Institute for Economic Policy Research Policy Brief*, February 2009.

"Discovering a Role Online: Brick and Mortar Retailers and the Internet," in Paul Ceruzzi and William Aspray, editors, (2008), *The Internet and American Commerce*, MIT Press.

"The Second Billion: The Internet Going Forward," *Stanford Institute for Economic Policy Research Policy Brief*, April 2007.

"The Broadcast Flag Debate," *Stanford Institute for Economic Policy Research Policy Brief*, February 2004.

Converted Enterprises and Internet Marketing, *The Anatomy of Russian Defense Conversion*, Edited by Vlad Genin, Vega Press, 2001.

The Original WWW: Business Model Lessons from the Early Days of Radio*, Journal of Interactive Marketing,* Volume 12, Number 3, Summer, pp. 46-56, 1998.

Hits and Misses: Herd Behavior and Online Product Popularity, with D. Putler, *Marketing Letters*, Vol. 7:4, 1996.

Optimizing Multinomial Logit Profit Functions, with K. Martin, *Management Science*, July 1996.

Perishable Asset Management, in H. Varian, *Economic and Financial Models Using Mathematica*, Vol. 2, 1996.

A Cost-Plus Trap: Pricing Heuristics and Demand Identification, with K Kalyanam, *Marketing Letters*, 5:3, 1994, pp. 199-209.

The Dynamics of Cost Plus Pricing, *Managerial and Decision Economics*, Vol. 13, 1992, pp. 149-161.

Bundling: New Products, New Markets, Low Risk, with Gary Eppen and R. Kipp Martin, *Sloan Management Review*, Vol. 32 No. 4, Summer, 1991

Optimal Bundle Pricing, with R. Kipp Martin, *Management Science*, Vol. 36, February 1990, pp. 155-174.


*Book Review, Introductions, Testimony, and Trade Articles:*
 "Arkansas Carpenters Health and Welfare Fund v. Bayer AG:  Brief Amici Curiae of Law, Economics, Business, and Public Policy Professors in Support of Rehearing En Banc, prepared by Mark Lemley, May 2010.

"Veblen, Wall Street, and Main Street," *Washington Island Observer*, April 28, 2010.
"Veblen's *Theory of the Leisure Class*," *Washington Island Observer*, April 14, 2010.
"Veblen, Technology, and Our Lives," *Washington Island Observer*, March 31, 2010.
"Veblen on the Island," *Washington Island Observer*, March 18, 2010.

"Comments of 71 Concerned Economists: Using Procurement Auctions to Allocate Broadband Stimulus Grants," submitted to National Telecommunications Information Agency and Rural Utilities Services, April 2009.

Internet Marketing – an Introduction, in Lamb, Hair, and McDaniel, *Marketing*, 4th Edition, South-Western Publishing, 1998.

Log On, *R.E.T:  Real Estate Technology*, 1998 annual issue, California Association of Realtors, 1998, pp. 1-2.

Pricing and Knowledge:  A Review of Thomson, *Journal of Marketing Research*, August 1993, pp. 399-400.

Review of "Invisible Assets" by Itami, *Journal of Economic Behavior and Organization*, December 1988, pp. 255-257.

Economics and Consumer Search Models: Discussion, *ACR Proceedings*, Toronto, 1986.


*Ph.D. Dissertation:*
 *Bandwagons and Orphans:  Dynamic Pricing of Competing Technological Systems*, Stanford University, Department of Economics, 1985.


## Thesis Committees:
Lara Gluck, Undergraduate Honors Thesis, *Are Bad Times Good for the Internet: An Empirical Analysis of the Shift to Internet Advertising During Recessions*, Stanford University, 2010.

Dana MacLaurin Nunn, Ph.D., *Executing Customer-Focused Marketing: Coordinating Marketing across Multiple Products*, Stanford University, 2003.

Kirthi Kalyanam, Ph.D., *Essays on Learning to Price*, Purdue University, 1994.  (Chair).

Peter Crosby, Ph.D., *Dynamic Pricing of Durables: Incorporating Buyer Expectations and Experience Effects*, Purdue University, May 1991.

Jayaram Sankaran, Ph.D., *Bidding Systems for Allocating and Pricing Indivisible Items in Certain Non-market Contexts*, University of Chicago, 1989.

Eugene Anderson, Ph.D., *Asymmetric Repositioning Costs and Quality Competition: The Case of Convenience in the Meat Industry*, University of Chicago, 1989.

Jonathan Frenzen, Ph.D., *The Impact of Social Relationships on Market Transactions: Building Empirical Support for Market Embeddedness*, University of Chicago, 1988.

Deepak K. Sainanee, Ph.D., *Variety Seeking: Temporal Permutations in Consumption*, University of Chicago, 1986.

Yangyul Kim, Ph.D., *Differential Game Model: A Homotopy Algorithm and its Application to Advertising*, University of Chicago, 1985.


## Teaching Experience:

*Executive Education*

*National Football League Managers' Program*, Stanford University, Internet Marketing, 2003.

*Strategic Uses of Information Technology*, Stanford University, Internet Marketing and E-commerce, 1996, 1997, 1998, 1999, 2000, 2001, 2002.

*Executive Program for Growing Companies*, Stanford University, Internet Marketing, 1998, 1999, 2000, 2001.

*Marketing Management Program*, Stanford University, Internet Marketing, 1996, 1997, 1998, 1999, 2000, 2002.

*ZFU International Business Program*, Zurich, Switzerland (conducted in Boston MA), Global Marketing, Contextual Marketing, 2001, 2002.

*Executive Program in Electronic Commerce and Internet Marketing*, Nijenrode University, Nijenrode, The Netherlands, 1995.

*Marketing Executive Program: Pricing Strategy and Tactics*, University of Chicago, Graduate School of Business, 1988, 1989, 1990, 1991.


*Undergraduate*

*Antitrust and Regulation,* Stanford University
*Internet Economics*: Stanford University
*Economic Policy Analysis*, Stanford University
*Marketing Management,* Purdue University

*MBA Program*

*Classroom*
*Internet Marketing*: Stanford University
*Seminar in Internet Marketing*: Stanford University,
*Internet Marketing and Electronic Commerce:* Sacro Cuore University, Piacenza Italy.

*Strategy and Tactics of Pricing*: Stanford University, Purdue University, University of Chicago,
*New Product Lab*: Purdue University,
*Marketing Management:* Purdue University, University of Chicago,
*Microeconomics*: Purdue University, University of Chicago.


*Online*
Designed and authored multiple online courses on Internet marketing as part of a Stanford-Unext joint venture in online education.  Courses included:

*Internet Marketing* Mastery course suite, released 2001, second edition 2003.
*Online Privacy,* Quantum course suite,  released 2002.
*Internet Marketing,* Quantum course suite, released 2001.

## Public Speaking and Presentations:

*European Commission Paradiso2 Project, "Future Internet and Society,"* Brussels, Belgium, November 23, 2010.

*Marketing Science Conference, "Retail Restructuring and the Cost Disease,"* Cologne, Germany, June 17, 2010.

*"Thorstein Veblen on Washington Island,"* Washington Island, WI, July 27, 2009.

*Hastings Law School: Beyond the Bailout Conference, "Using the Internet to Accelerate and Improve Fiscal Stimulus,"* San Francisco, April 16, 2009.

*Economist Seventh Annual Marketing Forum, "Economic Landscape for Marketers,"* San Francisco, March 17, 2009.

*MediaX, "The Second Billion: The Internet Going Forward,"* Stanford University, April, 2007.

*Mirror Conference, "The Second Billion: The Internet and India,"* Patna, Bihar, India and Trivandrum, Kerala, India, March 29-April 6, 2007.

*Simon Kucher Pricing Conference, "Pricing and Public Policy,"* Santa Clara, CA, March 2007

*SCID China Conference, "Making the Internet Work for China,"* Hong Kong and Beijing, China, April 2006.

*Thomson Publishing, "Extending the Dialogue,"*  Ft. Lauderdale, FL (February 2006), Philadelphia, PA (March 2006), Indianapolis, IN (March 2006),  Irvine CA, (April 2006).

*Thomson Financial, "Economic Trends,"* Monterrey, CA  February 2006

*Marketing Science Conference,* "Customers as Projects:  Choosing the Right Discount Rate for Customer Lifetime Value Calculations", Atlanta Georgia, June 2005

*Marketing Science Conference,* "Pricing Mechanisms for Personal Digital Networks", Rotterdam, The Netherlands, June 2004.

*MediaX Conference,* "Thinking About Tivo: Political Economy and Marketing Metaphors", Stanford CA, November 2003.

*Digital Impact Clients Meeting,* "Convergence of Customer Monetary and Reference Value", San Francisco, October 2002.

*Real Estate Executives Meeting,* "Escaping the Desktop", Cazadero, CA, June 2002.

*State Department Visitors Program,* "Internet Marketing Trends and Evolution*",* Stanford University, February 2002.

*Real Estate Connect 2001,* "Panel Member: Innovation in the Post Dot Com Era", San Francisco, CA, July 2001.

*Marketing Science 2001,* "Trigger Events", Wiesbaden, Germany, July 2001.

*Global Ecommerce Conference,* "Trigger Events and Contextual Marketing", Verona, Italy, June 2001.

*Entrepreneurial Conference,* "Moderator: Facing Adversity", Stanford GSB, February 2001.

*Stanford Institute for Economic Policy Research,* Internet Marketing 2.0, December 2000.

*Boehringer-Ingelheim Global Public Relations Conference,* "Personalization or Brand Building", Berlin, Germany, July 2000.

*Global Ecommerce Conference,* "Moderator: Business Model Lessons Online", Verona, Italy, June 2000.

*Future Professors of Manufacturing,* "Better Ads or Smarter Products", Stanford, CA, June 2000.

*Attorney's Title and Trust,* "Net Marketing Lessons for Real Estate", Amelia Island, FL, March 2000.

*Real Estate Connect 2000,* "Moderator: Success Lessons from Online Real Estate Entrepreneurs", San Francisco, CA, February 2000.

*Haas Business School,* "E-commerce and E-Health", Berkeley CA, January 2000.

*A/Parc Conference on Ecommerce,* "The Internet's Impact on Global Management", Stanford, CA, December 1999.

*Society for Information Managers,* "Using Personalization", Los Altos, CA, October 1999.

*Nikkei Shimbun Conference on Global Management,* "The Internet's Impact on Global Management", Tokyo, Japan, October 1999.

*Summer Educators' Conference-American Marketing Association*, "Building Traffic and eCommerce", San Francisco, CA, August 1999.

*Summer Educators' Conference-American Marketing Association*, "Internet Marketing and Marketing Education", San Francisco, CA, August 1999.

*Real Estate Connect 99,* "Real Estate and Internet Marketing", San Francisco, CA, July 1999.

*Silicon Valley Foundation*, "Organizing for the Internet", Palo Alto, CA, May 1999.

*Center for the Study of Language and Information Annual Forum*, "Using Personalization", Stanford, CA, May 1999.

*University of Chicago - Graduate School of Business*, "Personalization, Community, and Online Commerce:  Methodologies and Needed Skills", Chicago, IL, February 1999.

*Hewlett-Packard*, "Internet Marketing '99: Rising Commerce and the Challenge of Stage III", January 1999.

*Philips Multimedia Center*, "Internet Marketing '99: Rising Commerce and the Challenge of Stage III", December 1998.

*Stanford Computer Industry Project Forum,* "The Challenge of Personalization", September 1998.

*Real Estate Connect 98*, "Real Estate Keiretsus Online", San Francisco, CA, March 1998.

*Stanford Computer Industry Project Seminar*, "From U.R.L. to A.D.R.:  Why Free is Often Best on the Web", February 1998.

*Nippon Electric Company*, "Internet Marketing: Current Trends and Frameworks", January, February 1998.

*Stanford High Technology Camp*, "Giving it Away:  The Online Enhancement of Traditional Products", July 1997.

*Marketing Science Conference* – "Cashable or Cacheable: Optimal Web Site Design in the Presence of Congestion", Berkeley, March 1997.

*Marketing Science Conference* – "External Links and the Building of Web Site Traffic", with D. Putler, March 1997.

*Stanford Alumni Association*, "Internet Marketing", October 1996, July 1997.

*Real Estate Connect 97*, "A Framework for Internet Marketing", July 1997.

*WWW6*, "Electronic Communities", Santa Clara CA, April 1997.

*9th Annual Pricing Conference*, "Pricing and the Internet", Chicago, IL, October 1996.

December, 2010





$29.95

Discover the Proven PureSleep Way to Stop Snoring Now!  Home | Purchase | Support

Actual stories from actual customers. No compensation was given.



- How PureSleep Works
- About the Makers of PureSleep
- The PureSleep 30 Day Money-Back Guarantee
- Get PureSleep Now!
- Dentists, click here for exciting opportunities!





Learn More! See the TV Commercial

PureSleep is an FDA-cleared prescription dental device designed to reduce or eliminate snoring. PureSleep was invented by Dr. Douglas Fenton in 1995 and dentists have been using it successfully for more than a decade. Now you can use PureSleep for yourself or give it as a gift to someone you know—all without a prescription and without the high cost. See if PureSleep is right for you. Click the "Get PureSleep Now!" button to learn how to order...

PureSleep is not intended to treat sleep apnea or any other disease. PureSleep should not be used by anyone under 18 years of age, anyone who has been diagnosed with central sleep apnea or a severe respiratory disorder, or anyone with loose teeth, oral abscesses, severe gingivitis, full dentures, or temporomandibular disorder. The Pure Sleep Company recommends against use of PureSleep by anyone currently undergoing orthodontic treatment or anyone who has had a dental implant within the last year. PureSleep has been known to cause mild and most often temporary soreness as the teeth and jaw acclimate to its use and it is normal to experience a modest and temporary bite change in the morning after use. If sharp, severe, or ongoing pain occurs, or if bite changes persist, use of PureSleep should be discontinued immediately.

*My husband is well known for his loud snoring among his friends and family. Sometimes I needed earplugs to get to sleep and even that didn't work very well. I researched why he was snoring and how to stop it, but there were no easy solutions. Until PureSleep. It really works. Now he's happy and I'm even happier!*

-Mckenzie K

Individual results may vary

[ Terms And Conditions | Privacy Policy ]

 

## How PureSleep Works

Home | Purchase | Support

PureSleep is an intraoral device designed to reduce or eliminate snoring by holding your lower jaw slightly forward of its normal position while you sleep. This tends to widen the upper airway so air isn't forced through such a narrow opening. PureSleep works because it opens your upper airway and eliminates the vibrations we all know as snoring. It's that simple—and that effective! For a PDF version of the instruction guide, click here.



**BEFORE**
The soft tissue at the back of the throat relaxes during sleep partially blocking the passageway. Air passing through causes vibration— and the unmistakable sound of snoring.

**AFTER**
The principle of PureSleep is simple: it moves your lower jaw forward, opening the passageway enough so that air moves through unobstructed. No vibration, no snoring!

Get PureSleep Now!

Actual stories from actual customers. No compensation was given.



*I'm sleeping through the night and so is he and we're waking up with more energy...he's not waking up in the middle of the night to say 'Shhh...'*

–Julie

Individual results may vary.



| Terms and Conditions | Privacy Policy |





## About the Makers of PureSleep

Home | Purchase | Support

Actual stories from
actual customers
No compensation was given



Dr Douglas Fenton, DDS
Inventor of the PureSleep intraoral device

▷ Get PureSleep Now!



### PROFESSIONAL, PROVEN. PRESCRIBED.

Congratulations!

You're about to discover what it's like to sleep soundly, quietly, snorelessly all night long. You see, PureSleep has been 80-90% effective based on my experience and that of fellow physicians and dentists who have been successfully prescribing this device for more than a decade.

PureSleep is an FDA-cleared prescription dental device and uses a technique called "mandibular repositioning" which has been clinically validated through years of research and testing. For the first time ever, it is available without a visit to the dentist or physician. That translates into savings of more than 80% off the price a dentist would charge!

Over the years we have been gratified to see our patients find the peace and quiet-spouses included-that PureSleep brought them. I'm pleased that we are now able to bring it to you directly through the PureSleep Company-all at extraordinary savings.

You can use PureSleep for yourself or give it as a gift to someone you know. Plus, you can fit the PureSleep yourself and, in most cases, stop snoring the first night you use it. Best of all, you can try it risk-free.

Here's to sleeping soundly, quietly, snorelessly all night long, starting right here!

*Douglas Fenton* DDS

*ff I've tried a bunch of different things before—the sprays, for instance— and they never really worked. My fiancée even tried earplugs. But PureSleep worked almost immediately. It was pretty easy to use when you follow the directions carefully. And now my fiancée is very happy—she used to go sleep on the couch when my snoring kicked in. A big thanks for that. PureSleep! ff*

-Tom S.

Individual results may vary.

| Home | Purchase | Support | Privacy Policy |





## The PureSleep 30 Day Money-Back Guarantee

Home | Purchase | Support

**We'll Refund the Purchase Price...**   **We'll Refund the Shipping Charge...**   **We'll Even Pay to Ship it Back!**

To obtain a refund or to exchange a damaged or defective unit, the original purchaser must call The Pure Sleep Company Helpline (866-879-3777) within 37 days of when their device was shipped (30 days for the PureSleep guarantee plus 7 days to allow for shipping) to obtain a return authorization (RA) number and return instructions.

The purchaser must then return the unit per the instructions provided and it must be received by The Pure Sleep Company within 14 days or within 37 days of when their device was originally shipped, whichever is later.

For returned units, the guarantee period will be extended by two weeks to allow the user additional time to evaluate the replacement unit. The Pure Sleep Company will exchange a damaged or defective PureSleep for a new unit, subject to the other terms of the PureSleep guarantee, up to three times; after which, a full refund will be provided.

### HERE'S HOW:

The Pure Sleep Company stands behind its product and guarantees that you will be satisfied with your purchase or we'll exchange it or refund the purchase price, the shipping and handling charge, and any sales tax paid. Either way, we'll pay for the postage needed to return the unit. IMPORTANT NOTE: please be sure to call the PureSleep Helpline at 866-879-3777 if you have any problems with your PureSleep. In many cases, our experts can help you get the PureSleep fitted correctly over the phone!

> Get PureSleep Now!

Actual stories from actual customers. No compensation was given.



*" With a snoring husband and a newborn baby keeping me awake every night, I had a real double-whammy. With PureSleep, now I just have to*

*deal with the newborn. "*

-Sarah K

Individual results may vary.

| Home and Company | Privacy Policy |

Survey and Order PureSleep

5/11/09 5:06 PM



### Get PureSleep Now!

Home | Purchase | Support

Actual stories from actual customers. No compensation was given.



Because PureSleep is an FDA-cleared, prescription device, it cannot be used by people with certain specific conditions. Please answer the following questions:

1.  Have you ever been diagnosed with *central* sleep apnea?

    *Note that central sleep apnea is a neurological condition that impairs breathing during sleep and is very different and much less common than obstructive sleep apnea, which is the result of the airway becoming obstructed as people fall asleep and relax the muscles that normally keep their airway open.*

    ◯ Yes
    ◉ No

2.  Do you have chronic asthma, emphysema, or any other severe respiratory disorder?

    ◯ Yes
    ◉ No

3.  Do you have loose teeth, abscesses, or severe gum disease?

    ◯ Yes
    ◉ No

4.  Do you have full dentures, or are you presently undergoing orthodontic treatment?

    ◯ Yes
    ◉ No

5.  Have you had a dental implant within the last year? Note that crowns, caps, and bridges are not dental implants.

    ◯ Yes
    ◉ No

6.  Have you been diagnosed with temporomandibular disorder -- sometimes called TMD or TMJ?

    ◯ Yes
    ◉ No

7.  Does it hurt when you open your mouth wide or yawn?

    ◉ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

*After three laser throat operations I still had a snoring problem. Years after giving up I was introduced to the PureSleep device and no longer suffer from interrupted sleep. It is just like the mouth guard prescribed by a dentist to prevent grinding teeth with the added benefit of no longer snoring.*

Brian

Individual results may vary.

8.  Does it hurt when you chew, or use the jaws?
    ⦿ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

9.  Does it hurt when you are not chewing or using the jaws?
    ⦿ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

10. Is your jaw pain worse on waking?
    ⦿ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

11. Do you have pain in front of the ears or ear aches?
    ⦿ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

12. Do you have jaw muscle (cheek) pain?
    ⦿ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

13. Do you have pain in the temples?
    ⦿ Doesn't hurt at all.
    ◯ Hurts a little.
    ◯ Hurts a lot.
    ◯ Pain is almost unbearable.
    ◯ Pain is unbearable without relief.

14. Do you have pain or soreness in the teeth?

- Doesn't hurt at all.
- Hurts a little.
- Hurts a lot.
- Pain is almost unbearable.
- Pain is unbearable without relief.

15. Do your jaw joints make noise so that it bothers you or others?

- No.
- Maybe a little.
- Quite a lot.
- Almost always.
- Always without stopping.

16. Do you find it difficult to open your mouth wide?

- No.
- Maybe a little.
- Quite a lot.
- Almost always.
- Always without stopping.

17. Does your jaw ever lock closed so you cannot open it?

- No.
- Maybe a little.
- Quite a lot.
- Almost always.
- Always without stopping.

18. Does your jaw ever lock open so you cannot close it?

- No.
- Maybe a little.
- Quite a lot.
- Almost always.
- Always without stopping.

19. Do you have a problem with your bite being uncomfortable?

- No.
- Maybe a little.
- Quite a lot.
- Almost always.
- Always without stopping.

20.   Please tell us if you are male or female.
   ⊙ Female
   ⊙ Male


21.   Please enter your age below.
   [50]



| Terms and Conditions | Privacy Policy |



### The **Stop** Snoring Solution®

**Discover the Proven PureSleep Way to Stop Snoring Now!**    Home | Purchase | Support

Only 2 payments of
$29.95
(Plus $11.95 Shipping and Handling)



► How PureSleep Works

► About the Makers of PureSleep

► The PureSleep 30 Day Money-Back Guarantee

► Get PureSleep Now!

► Dentists, click here for exciting opportunities



► Learn More! See the TV Commercial!



PureSleep is an FDA-cleared prescription dental device designed to reduce or eliminate snoring. PureSleep was invented by Dr. Douglas Fenton in 1995 and dentists have been using it successfully for more than a decade. Now you can use PureSleep for yourself or give it as a gift to someone you know—all without a prescription and without the high cost. See if PureSleep is right for you. Click the "Get PureSleep Now!" button to learn how to order...

Actual stories from actual customers
No compensation was given



❝ After three laser throat operations I still had a snoring problem. Years after giving up I was introduced to the PureSleep device and no longer suffer from interrupted sleep. It is just like the mouth guard prescribed by a dentist to prevent grinding teeth with the added benefit of no longer snoring. ❞

-Brian I.

Individual results may vary.

Terms and Conditions  Privacy Policy

For corporate inquiries only: The Pure Sleep Company 2257 Larkspur Landing Circle, Suite C, Larkspur, CA 94939
For all questions, returns and the PureSleep help link, go to the Support page. © 2007 The Pure Sleep Company. All rights reserved.

 

**Discover the Proven PureSleep Way to Stop Snoring Now!**   Home | Purchase | Support

PureSleep is an intraoral device designed to reduce or eliminate snoring by holding your lower jaw slightly forward of its normal position while you sleep. This tends to widen the upper airway so air isn't forced through such a narrow opening. PureSleep works because it opens your upper airway and eliminates the vibrations we all know as snoring. It's that simple–and that effective! For a PDF version of the instruction guide, click here.





◄BEFORE
The soft tissue at the back of the throat relaxes during sleep partially blocking the passageway. Air passing through causes vibration–and the unmistakable sound of snoring.

AFTER►
The principle of PureSleep is simple: it moves your lower jaw forward, opening the passageway enough so that air moves through unobstructed. No vibration; no snoring!

👉 Get PureSleep Now!

Actual stories from actual customers. No compensation was given.



❝ With a snoring husband and a newborn baby keeping me awake every night, I had a real double-whammy. With PureSleep, now I just have to deal with the newborn. ❞

-Sarah K.

Individual results may vary

| Terms and Conditions | Privacy Policy |

For corporate inquiries only: The Pure Sleep Company 2697 Larkspur Landing Circle, Suite C, Larkspur, CA 94939
For all questions, returns and the PureSleep HelpLine, go to the Support page. © 2007 The Pure Sleep Company. All rights reserved.

 

The **Stop** Snoring Solution

About the Makers of PureSleep        Home | Purchase | Support

Actual stories from
actual customers.
No compensation was given





Dr. Douglas Fenton, DDS
Inventor of the PureSleep intraoral device

▶ Get PureSleep Now!

## PROFESSIONAL. PROVEN. PRESCRIBED.

Congratulations!

You're about to discover what it's like to sleep soundly, quietly, snorelessly all night long. You see, PureSleep has been 80-90% effective based on my experience and that of fellow physicians and dentists who have been successfully prescribing this device for more than a decade.

PureSleep is an FDA-cleared prescription dental device and uses a technique called "mandibular repositioning" which has been clinically validated through years of research and testing. For the first time ever, it is available without a visit to the dentist or physician. That translates into savings of more than 80% off the price a dentist would charge!

Over the years we have been gratified to see our patients find the peace and quiet-spouses included-that PureSleep brought them. I'm pleased that we are now able to bring it to you directly through the PureSleep Company-all at extraordinary savings.

You can use PureSleep for yourself or give it as a gift to someone you know. Plus, you can fit the PureSleep yourself and, in most cases, stop snoring the first night you use it. Best of all, you can try it risk-free.

Here's to sleeping soundly, quietly, snorelessly all night long, starting right here!

*Douglas Fenton* DDS

❝PureSleep has changed
my life. I am better rested,
more alert and it benefits
my whole family. If snoring
is affecting you or the ones
you love, PureSleep is a
cost effective, convenient
solution. I couldn't be
happier.❞

-Chris L.

Individual results may vary.

| Terms and Conditions | Privacy Policy |
For corporate inquiries only: The Pure Sleep Company 2257 Larkspur Landing Circle, Suite C, Larkspur, CA 94939
For all questions, returns and the PureSleep HelpLine, go to the Support page. © 2007 The Pure Sleep Company. All rights reserved.

 

### The Stop Snoring Solution

Actual stories from
actual customers.
No compensation was given

**The PureSleep 30 Day Money-Back Guarantee**          Home | Purchase | Support



**The Pure Sleep Company** wants you to be completely satisfied with your PureSleep intraoral device. Because it is a fitted device, you may have some questions about the fitting process, using the device as well as care and maintenance. We have experts on the PureSleep Helpline who can answer your questions at 866-879-3777 between the hours of 8:30 am and 10:00 pm, Eastern Time. Please don't hesitate to call us.

We'll Refund the Purchase Price...          We'll Refund the Shipping Charge...          We'll Even Pay to Ship it Back!



*"I'm sleeping through the night and so is he and we're waking up with more energy...he's not waking up in the middle of the night to say 'Shhh... "*

-Julie S.

To obtain a refund or to exchange a damaged or defective unit, the original purchaser must call The Pure Sleep Company Helpline (866-879-3777) within 37 days of when their device was shipped (30 days for the PureSleep guarantee plus 7 days to allow for shipping) to obtain a return authorization (RA) number and return instructions.

The purchaser must then return the unit per the instructions provided and it must be received by The Pure Sleep Company within 14 days or within 37 days of when their device was originally shipped, whichever is later.

For returned units, the guarantee period will be extended by two weeks to allow the user additional time to evaluate the replacement unit. The Pure Sleep Company will exchange a damaged or defective PureSleep for a new unit, subject to the other terms of the PureSleep guarantee, up to three times, after which, a full refund will be provided.

**HERE'S HOW:**
The Pure Sleep Company stands behind its product and guarantees that you will be satisfied with your purchase or we'll exchange it or refund the purchase price, the shipping and handling charge, and any sales tax paid. Either way, we'll pay for the postage needed to return the unit. IMPORTANT NOTE: please be sure to call the PureSleep Helpline at 866-879-3777 if you have any problems with your PureSleep. In many cases, our experts can help you get the PureSleep fitted correctly over the phone!



Get PureSleep Now!

Individual results may vary.

| Terms and Conditions | Privacy Policy |

For corporate inquiries only: The Pure Sleep Company 2257 Larkspur Landing Circle, Suite C, Larkspur, CA 94939
For all questions, returns and the PureSleep Helpline, go to the Support page. © 2007 The Pure Sleep Company. All rights reserved



**The *Stop* Snoring Solution**

| Get PureSleep Now! | | Home | Purchase | Support |

Actual stories from
actual customers.
No compensation was given



## It's easy!



PureSleep is an FDA-cleared prescription dental device, now available for the first time without visiting a physician or dentist. To determine if it is appropriate to prescribe PureSleep to you, it is necessary to answer a few simple questions on this website or by calling an automated voice response system, using the toll-free number below— any time, day or night. In either case, your answers to these questions will be recorded, and if appropriate, PureSleep will be prescribed to you and your order will be finalized.

Only a payment of
**$29.95**
(plus s&h for shipping and handling)

➤ Click Here to Order

...or Call **800-283-2667**

➤ Want to Give PureSleep as a Gift?

Did you receive PureSleep as a gift?
Call **800-338-0737** to redeem your gift code.

" I've tried a bunch of different things before– like sprays, for instance– and they never really worked. My fiancée even tried earplugs. But PureSleep worked almost immediately. It was pretty easy to use when you follow the directions carefully. And now my fiancée is very happy–she used to go sleep on the couch when my snoring kicked in. A big thanks for that, PureSleep! "

-Tom S.

Individual results may vary.

| Terms and Conditions | Privacy Policy |

For corporate inquiries only: The Pure Sleep Company 2257 Larkspur Landing Circle, Suite C, Larkspur, CA 94939
For all questions, refunds and the PureSleep Helpline, go to the Support page. © 2007 The Pure Sleep Company. All rights reserved.



Actual stories from
actual customers.
No compensation was given.

## Exciting Opportunities for Dentists!

Home | Purchase | Support



*Do you know how many of YOUR patients have a partner who snores?*

Here's what they'll tell you...

- 56% experience a symptom of insomnia at least a few nights a week.
- 72% report getting a good night's sleep at least a few nights a week.
- 53% experience daytime sleepiness at least 1 day a week
- 21% have made errors at work in the past three months because they were too sleepy or had a sleep problem.
- 26% have had their intimate or sexual relationship affected because they were too sleepy.
- 38% mentioned having problems in their relationship due to a sleep problem, with 10% reporting these problems as being moderate or significant.



❝My husband is well known for his loud snoring among his friends and family. Sometimes I needed earplugs to get to sleep... and even that didn't work very well. I researched why he was snoring and how to stop it, but there were no easy solutions. Until PureSleep. It really works. Now he's happy and I'm even happier!❞

-Motoko K.

**If you are a dental professional** with experience in mandibular repositioning, we want to hear from you! The PureSleep Company has exciting opportunities for dentists across the country. Find out more - click below to send us an e-mail.



Individual results may vary.

| Terms and Conditions | Privacy Policy |

For corporate inquiries only. The Pure Sleep Company 2267 Larkspur Landing Circle · Suite C, Larkspur, CA 94939
For all questions, returns and the PureSleep HelpLine: go to the Support page. © 2007 The Pure Sleep Company. All rights reserved

Exhibit C-1

# ZZZZZZZZZNoSnoreZone.com ZZZZZZZZZ

- Why do we snore?
- Is snoring dangerous?
- Symptoms of sleep apnea
- Obstructive sleep apnea
- Questions and Answers
- Anti-snoring Accessories
- Chin-up Strips
- Nozovent
- DentureBrite Cleaner
- SalivaSure Lozenges
- Site Map
- Download Printed Info
- **ORDER PRODUCTS**

## Welcome to the
## NO SNORE ZONE

Research indicates that the mandibular advancement device is the most effective treatment for snoring. We offer a choice of two industry-leading products to best meet our customers needs:



**NOISELEZZ**®
only **$65.50 US**
click for more info...



**SomnoGuard**®
only **$65.50 US**
click for more info...



**SomnoGuard AP**®
only **$169.95 US**
click for more info...

SHIPPING IS FREE... anywhere in the world! Our products include a MAXIMUM RISK GUARANTEE!

**Therapy Control Products Inc.**
Box 38067, King Edward Mall, Vancouver, BC, Canada V5Z 419
Inquiries and Administration: 604-876-8368 Fax: 604-876-5578
Toll-free: **1-877-771-7794** E-mail: admin@nosnorezone.com

Web design by designTHIS
©2003 designTHIS.net
E-mail: info@designthis.net

Do you know anyone with a snoring or sleep apnea problem?
SEND THIS PAGE TO A FRIEND:
Enter recipient's e-mail and click SEND.
Send



# STOP SNORING ... using a proven method.



**The Noiselezz mouthpiece is a** non-intrusive mouthpiece that holds the lower jaw slightly forward of its normal position during sleep, thus opening the airway in the throat and eliminating the vibration that causes snoring.

# Noiselezz.
## The best way to stop your snoring.

Snoring occurs in 60% of adult males and 40% of adult females. It can be socially disruptive, embarrassing and add significant stress to any relationship. Let's face it, it's your bed partner or roommate who suffers the most.

Don't waste your time and money on nasal strips, throat sprays or endure painful surgery, we've tried them all.

Sleep clinics report a 94% success rate with Noiselezz!

## Click HERE to end your snoring today >>

Simple  •  Comfortable  •  No Fitting Required  •  Affordable ($64.95 with FREE SHIPPING)

Copyright © 2007 Sky Blue Products, LLC

 

Discover the Proven PureSleep Way to Stop Snoring Now!    Home | Purchase | Support

Actual stories from actual customers. No compensation was given.



- How PureSleep Works

- About the Makers of PureSleep

- The PureSleep 30 Day Money-Back Guarantee

- Get PureSleep Now!

- Dentists, click here for exciting opportunities!





- Learn More! See the TV Commercial



PureSleep is an FDA-cleared prescription dental device designed to reduce or eliminate snoring. PureSleep was invented by Dr. Douglas Fenton in 1995 and dentists have been using it successfully for more than a decade. Now you can use PureSleep for yourself or give it as a gift to someone you know—all without a prescription and without the high cost. See if PureSleep is right for you. Click the "Get PureSleep Now!" button to learn how to order...

PureSleep is not intended to treat sleep apnea or any other disease. PureSleep should not be used by anyone under 18 years of age, anyone who has been diagnosed with central sleep apnea or a severe respiratory disorder, or anyone with loose teeth, oral abscesses, severe gingivitis, full dentures, or temporomandibular disorder. The Pure Sleep Company recommends against use of PureSleep by anyone currently undergoing orthodontic treatment or anyone who has had a dental implant within the last year. PureSleep has been known to cause mild and most often temporary soreness as the teeth and jaw acclimate to its use and it is normal to experience a modest and temporary bite change in the morning after use. If sharp, severe, or ongoing pain occurs, or if bite changes persist, use of PureSleep should be discontinued immediately.

*My husband is well known for his loud snoring among his friends and family. Sometimes I needed earplugs to get to sleep and even that didn't work very well. I researched why he was snoring and how to stop it, but there were no easy solutions. Until PureSleep. It really works. Now he's happy and I'm even happier!*

—*Michiko K*

Individual results may vary

[ Terms and Conditions | Privacy Policy ]

# ZQuiet™

The happy ending to snoring.

TELL A FRIEND | LOGIN

Order Now | Why ZQuiet Works | Satisfaction Guaranteed | About Us | Customer Service



The Happy Ending to Snoring.

Order Now

Why ZQuiet Works

Satisfaction Guaranteed

## Stop Snoring Instantly—See How



## Special Offers

**50% Off Your 2nd ZQuiet!**

Add a second mouthpiece to your order and receive 50% off the second ZQuiet! That's a savings of $29.95! Savings automatically applied at checkout.

**Free Upgrade to Priority Shipping!**

Order today and receive priority shipping for the standard shipping price—a $5 value! Don't wait for peace and quiet—order today! Upgrade automatically applied at checkout.

Simple.
Comfortable.
Affordable.
ZQuiet

  



Quit Snoring Now... with ZQuiet!

only 2 payments of $29.95 +S&H

## Stop snoring now—save your sleep, your sanity, your relationship

Snoring occurs in 60% of adult males and 40% of adult females. It can be socially disruptive and embarrassing. And, it's not just the snorer who suffers—your bed partner or roommate suffers, too. Snoring can add significant stress to any relationship—studies show that 23% of couples sleep in separate bedrooms because of one partner's snoring. (National Sleep Foundation, March 2005)

ZQuiet succeeds where some snoring treatments—nasal strips, throat sprays, even painful surgeries—have failed, eliminating the vibration that causes snoring.

ZQuiet is an FDA-cleared prescription anti-snoring device. It is now available online by completing a simple shopping questionnaire for ZQuiet's prescribing dentist. There are no costly dentist's or doctor's office visits required!

  End your snoring now!

ZQuiet is a simple mouthpiece that holds the lower jaw slightly forward of its normal position during sleep. This opens the airway in the throat to eliminate the vibration that causes snoring.

ZQuiet: The happy ending to snoring.

## Testimonials

"ZQuiet greatly improved my snoring, and it makes breathing much easier. I can sleep soundly through the night without waking."

Richard L., 62?



"It's easy. You just pop it in your mouth and when you wake up, you just take it out...so I was definitely surprised at how easy it worked."

David



"Before I got ZQuiet, I thought snoring was just something we were going to have to live with. Now, I know it's actually something that we can fix and we can both enjoy a good night's sleep."

Kim

Exhibit C-2

# ZZZZZZZZZNoSnoreZone.com ZZZZZZZZZ

- How does NOISELEZZ work?
- How does it fit?
- Why should I buy it?
- Maximum risk guarantee
- What our customers say
- ORDER ®NOISELEZZ
- Questions and Answers
- Printable Fitting Instructions
- Home Page

Worn in the mouth while sleeping, the small soft ®NOISELEZZ appliance greatly reduces or eliminates snoring entirely. By placing the upper and lower trays over your teeth, the hinge gently stops the mandible (lower jaw) from falling back, keeping the airway open and preventing the tongue from touching the soft tissues at the back of the throat.

WITHOUT APPLIANCE



restricted airflow causing vibration

WITH APPLIANCE



unrestricted airflow with no vibration



**Therapy Control Products Inc.**
Box 38067, King Edward Mall, Vancouver, BC, Canada V5Z 4L9
Inquiries and Administration: 604-876-8368 Fax: 604-876-8578
Toll-free: **1-877-771-7794** E-mail: admin@nosnorezone.com

Web design by designTHIS
©2003 designTHIS.net
E-mail: info@designthis.net

**Do you know anyone with a snoring or sleep apnea problem?**
**SEND THIS PAGE TO A FRIEND:**
Enter recipient's e-mail and click SEND:

 Send

site map | faq | dictionary | comments | privacy | SomnoGuard | SomnoGuard AP | accessories | apnea | brochure | scientific studies | links



# STOP SNORING ... using a proven method.

Home | How It Works | About Us | Testimonials | Purchase Supplies | Contact Us | Checkout | Return Policy | Privacy Policy



**Without Noiselezz®**
Restricted airway causes snoring



**With Noiselezz®**
Unrestricted airway eliminates snoring

### How It Works

The Noiselezz® Mouthpiece is a simple and effective oral device for use in the treatment of snoring. Made from a medical grade silicone it can be used straight from the box or molded for a customized and improved fit. Each Noiselezz® Mouthpiece comes with a storage container, and instructions for use.

The Noiselezz® was developed in Denmark by a dental surgeon and the product has undergone numerous clinical trials in which it was found to reduce snoring and sleep apnea in 94% of research subjects. The Noiselezz® was designed to increase the space behind the tongue by bringing the lower jaw (mandible) forward, opening the airway in the throat and eliminating snoring.

Snoring will not occur if the airway in the throat remains open. This can be accomplished by holding your lower jaw slightly forward during sleep. This is the exact reason that The Noiselezz® Mouthpiece was invented.

**Benefits of the Noiselezz® Mouthpiece:**

- Designed by dentists. It is easy and comfortable to wear.
- Discreet and non-intrusive.
- A low-cost and painless alternative to surgery.
- Provides quiet and restful sleep for you and your partner.
- Prevents grinding of the teeth.
- Allows normal breathing through nose and mouth.
- Hinged design allows mouth to freely open and close naturally.
- Fastest delivery in the U.S.A.
- Noiselezz® is available online

## Click HERE to end your snoring today >>

## FAQ of the Noiselezz® Mouthpiece

**Can my Dentist or Doctor make a mouthpiece for me?**
Yes, but remember that they will have to charge for their time. Average costs are from $300 to $700.

**How well does The Noiselezz® Mouthpiece work?**
The sleep clinics that prescribe mouthpieces to their patients report a 94% success rate.

**Does Noiselezz® prevent grinding teeth?**
Yes!

**How long will The Noiselezz® Mouthpiece last?**
It depends on the individual. We recommend that you change the mouthpiece after about 9 months of use, though they often last much longer than that.

**Will a jaw advancement mouthpiece help if I have Sleep Apnea?**
Sleep Apnea is something about which you should consult your Doctor. However many people that suffer from mild Sleep Apnea have said that mouthpieces do help with their breathing and snoring problems.

**Is The Noiselezz® Mouthpiece hard to fit?**





Actual stories from actual customers. No compensation was given.

## How PureSleep Works

Home | Purchase : Support

PureSleep is an intraoral device designed to reduce or eliminate snoring by holding your lower jaw slightly forward of its normal position while you sleep. This tends to widen the upper airway so air isn't forced through such a narrow opening. PureSleep works because it opens your upper airway and eliminates the vibrations we all know as snoring. It's that simple—and that effective! For a PDF version of the instruction guide, click here.



**ABEFORE**
The soft tissue at the back of the throat relaxes during sleep partially blocking the passageway. Air passing through causes vibration— and the unmistakable sound of snoring.

**AFTER**
The principle of PureSleep is simple. It moves your lower jaw forward, opening the passageway enough so the air moves through unobstructed. No vibration, no snoring!



*I'm sleeping through the night and so is he and we're waking up with more energy. he's not waking up in the middle of the night to say 'Shhh...'*

–Julie

Individual results may vary

▶ Get PureSleep Now!



Terms and Conditions | Privacy Policy |

Snoring Treatment, Eliminate Snoring - ZQuiet

5/11/09 4:06 PM



The Happy Ending to Snoring.

# Why ZQuiet Works



The ZQuiet mouthpiece is a simple and effective oral device for use in the treatment of snoring. Made from FDA-cleared, high-grade material, it is safe for daily use. ZQuiet has been clinically designed so it can be used straight from the box. There is no boiling, no molding, and no fuss—it's that easy! Each ZQuiet mouthpiece comes with a storage case and instructions for use.

Snoring will not occur if the airway in the throat remains open. This can be accomplished by holding your lower jaw slightly forward during sleep. This is the exact reason that the ZQuiet mouthpiece was created.

We developed ZQuiet in collaboration with a **dentist who specializes in dental sleep medicine** to improve on existing anti-snoring mouthpiece designs, including the introduction of our patent-pending "Living Hinge" technology. ZQuiet was designed to increase the space behind the tongue by bringing the lower jaw (mandible) forward, opening the airway in the throat and eliminating snoring.

## Benefits of the ZQuiet mouthpiece:



- It is easy and comfortable to wear.
- ZQuiet costs hundreds of dollars less than custom-made devices from a dentist.
- Does not require costly office visits to your doctor or dentist.
- Discreet and non-invasive.
- Materials are FDA-cleared and safe.

Exhibit C-3



ZZZZZZZZZNoSnoreZone.com ZZZZZZZZZ

How does NOISELEZZ work?

How does it fit?

Why should I buy it?

Maximum risk guarantee

Click for more comments

ORDER ®NOISELEZZ

Questions and Answers

Printable Fitting Instructions

Home Page

May 21, 2001

Therapy Control Products Inc.
Att'n: Mr Jack Russell

Dear Sir,

I am writing in regard to my purchase of your
new product...the Noiselezz appliance.

My snoring problem was so severe that while
my wife and I were camping, the people in
neighboring tents were complaining that they
couldn't sleep because of the noise.

I am pleased to report that this appliance, which
fit easily right out of the box, is more comfortable
than anything else I've tried. And my wife says it is
much more effective. I sleep better and I wake up
with much more energy.

This combination makes us both very happy and
we would highly recommend it to other snoring
sufferers. I am now using your Noiseless product
exclusively and we both thank you.

Gino (and Heather) Berean
Vancouver, Canada

**Therapy Control Products Inc.**
Box 38067, King Edward Mall, Vancouver, BC, Canada V5Z 4L9
Inquiries and Administration: 604-876-8368 Fax: 604-876-5579
Toll-free: **1-877-771-7794**   E-mail: admin@nosnorezone.com

Web design by designTHIS
©2003 designTHIS.net
E-mail: info@designthis.net

**Do you know anyone with a snoring or sleep apnea problem?**
**SEND THIS PAGE TO A FRIEND:**
Enter recipient's e-mail and click SEND:
[                    ]   ( Send )

site map | faq | dictionary | comments | privacy | SomnoGuard | SomnoGuard AP | accessories | apnea | brochure | scientific studies | links



STOP SNORING ... *using a proven method.*



**The Noiselezz mouthpiece** is a non-intrusive mouthpiece that holds the lower jaw slightly forward of its normal position during sleep, thus opening the airway in the throat and eliminating the vibration that causes snoring.

### Testimonials

"$65 is a small price to pay for getting my sleep back. I'd pay that much every month!"
*Kelly S.*

---

I wanted to let you know the Noiselezz has been a miracle worker. I have sleep apnea and snore like a roaring lion! However the first time I used the Noiselezz I slept silently all night!! It is the first time in over ten years that that happened. Also I am breathing better and resting more deeply.

Thank you again, I'll tell everybody interested in ending years of snoring about your product!

**"Silent" Bill D.**

---

For what it is worth, I am AMAZED at how well this product works.

Thank you!

*Chris E.*

---

"I absolutely LOVE the SonicBrite that I purchased from you. Thank you for such a great product. I will continue to use it as long as I have my mouth guard, which will be forever since I cannot sleep without it!"
*Kim M.*

---

"Honey, you're snoring. Honey...honey, you're snoring. Roll over on your side."

This was the statement I would hear coming from my wife every night...night after night.

Then she started getting up every other night to sleep on the couch, just to get an uninterrupted good night's sleep. For years I tried every remedy I could think of...losing weight (which helped some), books, sprays, capsules and pills, breathing techniques, nasal strips, sleeping aids, pillows. You name it-I tried it.

Eventually, relatives, and friends were calling me saying, "Hey, have you heard of this product? It's supposed to fix your snoring!"

I then started searching the web once again and found the Noiselezz product. It took two weeks to adjust to it, but the first night I slept with it through the night, I remember waking up and hearing my wife say, "I slept all night!"

*Phil W.*

---

My husband, after taking much abuse, has had three different types of surgery for the problem. He has had the surgery for a deviated septum. He had a technique done which involved sticking an electrical probe into his throat and heating up the tissue in his throat to the point that it would actually cook the tissue and form scar tissue which was supposed to tighten up the muscle and prevent snoring. He had this done 4 times and still snored very

## " My fiancée used to sleep on the couch... "

I've tried a bunch of different things before-- like sprays, for instance-- and they never really worked. My fiancée even tried various... But PureSleep worked almost immediately. It was pretty easy to use when you follow the directions carefully. And now my fiancée is very happy--she used to go sleep on the couch when my snoring kicked in. A big thanks for that, PureSleep!"

-Tom S.





## " ...not waking up to say 'Shhh!' "

"I'm sleeping through the night and so is he and we're waking up with more energy. he's not waking up in the middle of the night to say 'Shhh'."

-Julie S.





## **End your snoring now!**

Testimonials

   *"It was surprisingly comfortable."*

*Larry*

   *"I've recommended it to my friends and I said, 'I guarantee you...this thing works.'"*

*Pauli*

© ZQuiet. All rights reserved.

5/28/2009 10:32 AM

Exhibit C-4

# ZZZZZZZZZNoSnoreZone.com ZZZZZZZZZ

How does NOISELEZZ work?

How does it fit?

Why should I buy it?

Maximum risk guarantee

What our customers say

ORDER °NOISELEZZ

Questions and Answers

Printable Fitting Instructions

Home Page

## OUR GUARANTEE

If you are not satisfied with the °NOISELEZZ appliance, simply return it within 30 days, prepaid, and include a short explanation note. We will then refund 50% of the purchase price, less $4.50 for our original shipping and double handling.

LIMITATIONS: The appliance must not have been overheated, over-trimmed, or otherwise mistreated. It must be shipped in its original box. Of course, we do not reuse these appliances. They will be examined and then dis-posed of by our staff.

See our Questions and Answers page for complete instructions.



°NOISELEZZ
As supplied

°NOISELEZZ
folded and ready for use



**Therapy Control Products Inc.**
Box 38067, King Edward Mall, Vancouver, BC, Canada V5Z 4L9
Inquiries and Administration: 604-876-8368 Fax: 604-876-5578
Toll-free: **1-877-771-7794** E-mail: admin@nosnorezone.com

Web-design by designTHIS
©2003 designTHIS.net
E-mail: info@designthis.net

**Do you know anyone with a snoring or sleep apnea problem?**
**SEND THIS PAGE TO A FRIEND:**
Enter recipient's e-mail and click SEND:

 [ Send ]

site map | faq | dictionary | comments | privacy | SomnoGuard | SomnoGuard AP | accessories | apnea | brochure | scientific studies | links



# STOP SNORING ... using a proven method.



## Return Policy

If after using the mouthpiece for 2 weeks (the full break-in period) your snoring has not improved, we are happy to refund 50% of your purchase price, less $5.48 for our original shipping and double handling. Returns are subject to the following limitations:

- The warranty applies to Noiselezz® product only.

- Repeat orders are not covered by this warranty.

- All returned appliances are considered "used". For health and safety reasons we cannot, under any circumstances, resell any returned appliances. They are examined and then destroyed.

- Fitting errors are not covered by this warranty.

- No returns will be accepted 60 days after original purchase date.

Copyright © 2007 Sky Blue Products, LLC





## The PureSleep 30 Day Money-Back Guarantee

Home : Purchase : Support







Actual stories from actual customers.
No compensation was given.

*With a snoring husband and a newborn baby keeping me awake every night, I had a real double-whammy. With PureSleep, now I just have to*

*deal with the newborn.*

—Sarah K.

individual results may vary

To obtain a refund or to exchange a damaged or defective unit, the original purchaser must call The Pure Sleep Company Helpline (800-975-3777) within 37 days of when their device was shipped (30 days for the PureSleep guarantee plus 7 days to allow for shipping) to obtain a return authorization (RA) number and return instructions.

The purchaser must then return the unit per the instructions provided and it must be received by The Pure Sleep Company within 14 days or within 37 days of when their device was originally shipped, whichever is later.

For returned units, the guarantee period will be extended by two weeks to allow the user additional time to evaluate the replacement unit. The Pure Sleep Company will exchange a damaged or defective PureSleep for a new unit, subject to the other terms of the PureSleep guarantee, up to three times, after which, a full refund will be provided.

### HERE'S HOW:

The Pure Sleep Company stands behind its product and guarantees that you will be satisfied with your purchase or we'll exchange it or refund the purchase price, the shipping and handling charge, and any sales tax paid. Either way, we'll pay for the postage needed to return the unit. IMPORTANT NOTE: please be sure to call the PureSleep Helpline at 800-975-3777 if you have any problems with your PureSleep. In many cases, our experts can help you get the PureSleep fitted correctly over the phone!

 **Get PureSleep Now!**

| Terms and Conditions | Privacy Policy |

All contents copyright by The Pure Sleep Company. All rights reserved. Pure Sleep Company is not affiliated with any products or services mentioned. Products may vary from web images. See terms and conditions for product warranty information.

## Satisfaction Guarantee

If you are not completely satisfied with ZQuiet™, simply contact a ZQuiet™ counselor for a full refund within 30 days of the date of purchase shown on your receipt.

Contact us at: 1-800-762-9402 or visit us on the web at: www.ZQuiet.com.



## Prescription Information

Your prescription for ZQuiet™ remains on file for 24 months from your purchase date. When you refill your prescription you will be asked a few questions to ensure that ZQuiet™ remains a safe and effective solution to your snoring.

To reorder call 1-800-762-9402 or visit us on the web at www.ZQuiet.com.

Initial ZQuiet™ prescription filled on: _____
(date)

Refilled: _____
(date)

Refilled: _____
(date)

www.ZQuiet.com

Simple | Comfortable | Affordable