# Exhibit D





| HOME | COMPANY | RESOURCES | DENTISTS & PHYSICIANS | SUPPORT |

## COMPANY

## Our Story



**Douglas Fenton, D.D.S.**



**Noel Lindsay, Founder and CEO**

Welcome to PureSleep®. Our mission is to help people (and their loved ones) get a good night's sleep. We all know just how debilitating it can be when you don't get enough sleep. Fortunately, there's now a product that can safely and effectively stop your snoring.

PureSleep was invented by Dr. Douglas Fenton, DDS, and the late Dr. Bernard "Buzz" Kramer, MD, an ear, nose and throat specialist. The mouthpiece was used for ten years by Drs. Fenton and Kramer in their respective clinical practices as well as by many of their colleagues - typically charging their patients about $400 per mouthpiece.

Then Noel Lindsay entered the picture…Noel was newly married, and his wife kept kicking him out of bed because he snored… bummer! This led him on a long and arduous journey to dentists and physicians to find a suitable treatment. He finally tried a treatment called 'mandibular repositioning', which was very successful but extremely expensive – about $1,200.

Noel was introduced to Drs. Fenton and Kramer in San Francisco, and The Pure Sleep Company was born. He licensed their mouthpiece and worked with them, as well as other dentists and physicians, to develop a way to make PureSleep more conveniently available at a significantly lower price than what most dentists and physicians charge.

Today, we facilitate a process where licensed dentists and physicians are able to quickly and conveniently prescribe PureSleep to those for whom it is appropriate. So now, for the first time, PureSleep is available without having to visit a dentist or physician… and at a much lower price.

Noel now sleeps well every night with the assistance of his PureSleep mouthpiece. We are confident it will work for you as it has for thousands of others snorers around the country. We hope you will try it too!

## Contact Us



The Pure Sleep Company
900 Larkspur Landing Circle, Suite 207
Larkspur, CA 94939

For Orders and product inquiries, marketing inquiries, customer testimonials, or suggestions contact **Support**.

**Dental and Medical Partner Program**.



HOME   COMPANY   RESOURCES   DENTISTS & PHYSICIANS   SUPPORT

# RESOURCES

Here at The Pure Sleep Company, we strive to make the purchase, fitting and nightly experience as easy as possible for our customers. If you don't see the information you are looking for, please submit your question(s) through our online Support, and we'll get back to you with an answer shortly!

For general questions about purchasing, fitting and the ongoing use of your PureSleep device, consult our list of **FAQs**.

You can read more detailed **clinical information** about the safety and efficacy of MRDs as a treatment for snoring.

## Frequently Asked Questions

### How does the PureSleep® device work?
PureSleep works by a technique called 'mandibular repositioning' whereby the device gently holds your lower jaw forward, which creates an open airway through your throat, eliminating the vibrations that cause snoring. There is significant **clinical research** supporting the use of this technique.

### Is it safe?
Mandibular repositioning to reduce snoring has been safely prescribed by dentists and physicians for over a decade, and the PureSleep device has a remarkable record of safe and effective use. In fact, PureSleep has been used by thousands of snorers without a single FDA reportable adverse event. As with all medical products, you should carefully read and follow all instructions and labeling before use to ensure that PureSleep works safely and effectively. See **how PureSleep works**.

### Why does PureSleep require a prescription?
PureSleep is a Class II medical device which thereby requires a prescription from a licensed dentist or physician. The patented PureSleep device has been cleared by the FDA for sale exclusively by The Pure Sleep Company and PureSleep Partner physicians and dentists

### Why do I need to answer this long phone or web questionnaire in order to get PureSleep?
PureSleep is a Class II medical device and thereby requires a prescription from a licensed dentist or physician. Our questionnaire guides you through a set of questions one would get from their doctor and ensures that you do not have any other conditions that might compromise the safety and effectiveness of the PureSleep device.

### How difficult is it to fit the device?
Fitting PureSleep is quick and easy. All you do is immerse the device in boiling water and mold it to the shape of your mouth. We include a step-by-step Instruction Guide in your PureSleep kit, and we highly suggest you read this in detail before doing the fitting.

### Is PureSleep adjustable?
Yes, PureSleep is adjustable. There are 3 settings that loosen or tighten the device. You select the setting when you are initially fitting the device, however once molded that setting cannot be changed for the life of the product.

### Does it hurt? Is it difficult to get used to the product?
Typically, the adjustment period takes about 3-5 nights of consistent use. It is perfectly normal for your jaw, teeth and gums to feel moderately sore and fatigued at first. This discomfort is much like getting braces or a retainer for the first time. However, it is not normal to experience severe, sharp or ongoing pain. These symptoms may be an indication of a more serious problem with your jaw called temporomandibular disorder (TMD). If you experience these symptoms or believe you have TMD, discontinue use immediately, contact your dentist or physician, and return your PureSleep device for a full refund.

### What if it doesn't work for me? Can I return it?
Absolutely. But we know you didn't buy it just to return it, so please give us a chance to help you with the adjustment and fitting process by calling our PureSleep Helpline at 1-866-879-3777. And if within 30 days you need to return or replace the unit due to a mis-fitting, we are happy to make the exchange or refund your

money in full.

### How often should I replace my PureSleep device?

Each PureSleep device undergoes normal wear and tear through the course of wearing it every night. We recommend replacing the unit every 6-9 months. Some individuals grind their teeth more than others and therefore may need to replace the unit more often. It is possible to re-boil it up to 3-4 times if it needs to be reshaped.

### I have a spouse who snores, and I'd love to give PureSleep as a gift. Is there a way to do that?

Yes, PureSleep makes a great gift for loved ones who snore. It's easy to give PureSleep as a gift – simply call us at 1-800-283-2667 to purchase a gift credit. Your loved one can then call us, present their gift code and take the phone-based prescription questionnaire, and the device will be sent to them. And if for any reason we are unable to prescribe PureSleep for them, we will refund your money in full.

### How does PureSleep differ from the athletic mouthguards I see at my local sports store?

Though it may look similar, the PureSleep device is significantly different from an athletic mouthguard. PureSleep is an adjustable device designed to hold your lower jaw forward, thus opening up your airway while you sleep. Unlike athletic mouthguards, our patented device is made from two different high-quality plastics, both a hard plastic on the outside and a soft plastic on the inside, which gives it more structural rigidity, making it less bulky and therefore more comfortable since there's less material overall. Our device is manufactured here in the USA with only American-sourced materials. Finally, an athletic mouthguard is only designed to protect your teeth and mouth from injury; it is not designed to hold your jaw in a specific position.

### How does PureSleep differ from other MRDs?

There are several key differences between PureSleep and other MRDs. First and foremost, PureSleep is adjustable via three settings that are selected when the initial fitting is done whereas most competitor products have only one setting. Secondly, unlike other MRDs and athletic mouthguards, our patented design includes two different kinds of high-quality plastic; a hard plastic on the outside and a soft plastic on the inside which gives it more structural rigidity makes it less bulky and therefore more comfortable since there's less material overall. Finally, PureSleep is manufactured here in the USA with only American-sourced materials unlike many competitor products which are manufactured overseas.

### How long does it take to get my product after I've ordered?

Orders received online shipped to customers in the continental US will generally arrive in 2-weeks via standard shipping and 1-week rush shipping. Orders received over the phone take slightly longer to process and therefore generally arrive within 3-4 weeks standard shipping and 1-2 weeks rush shipping. We do ship to a select list of countries outside the US including Canada. All International orders outside Canada are shipped "air mail" and subject to the local duties and customs clearance procedures of each country.

### Can PureSleep be used to treat obstructive sleep apnea (OSA)?

No, PureSleep is intended only for the reduction of snoring. It is not intended to treat sleep apnea or any other medical condition.

### Can I buy PureSleep through my dentist?

Yes, any licensed dentist or physician in the US or Canada can prescribe PureSleep for you through our Dental and Medical Partner program. If you are a medical or dental professional, we invite you to apply for the Puresleep Partner program.


## Clinical Support

Clinical studies show that mandibular repositioning devices (MRDs) work well as a treatment for snoring. There are a variety of other treatments available, but we believe MRDs are the most effective treatment for snoring and here's why...

Surgery works but it's extremely expensive, there are risks, and snoring can reoccur after a couple of years.[1] Nasal dilators, like nose strips, may help a small percentage of snorers because the shape of their nostrils is too narrow, thereby restricting nasal airflow, but that's not the typical reason most people snore. Special pillows can provide modest relief, but mainly because they encourage people to sleep on their sides instead of their backs, where snoring is normally worse. Aside from this benefit, they offer little, if any relief. Throat lubricants (which are typically sprays) have been proven not to work. [2]

*"Does an oral appliance reduce palatal flutter and tongue base snoring?," Stouder, Jones, Brietzke, and Mair, Wilford Hall Medical Center, San Antonio, TX, Otolaryngology – Head Neck Surgery, May, 2007.*
Go To Article

*"Oral appliances for the treatment of snoring and obstructive sleep apnea," S.R. Schoem, Connecticut Children's Medical Center Dept. of Otolaryngology, Hartford, CT, Otolaryngology – Head and Neck*

Surgery, February, 2000.
Go To Article

*"Oral appliances in the treatment of obstructive sleep apnea and snoring,"* E.T. Ayas and L.J. Epstein, West Roxbury Veterans Affairs Medical Center, Pulmonary Division, Roxbury, MA, Current Opinions in Pulmonary Medicine, November, 1998.
Go To Article

*"State-of-the-art in the treatment of snoring and sleep apnea"* (translated from Dutch), H.J. Remmelink, Ned Tijdschr Tandheelkd, January, 2003.
Go To Article

*"Ten-year follow-up of mandibular advancement devices for the management of snoring and sleep apnea,"* Jauhar, Lyons , Banham, Cameron, and Orchardson; Department of Restorative Dentistry, Glasgow Dental Hospital, Glasgow, UK, Prosthetic Dentistry, April, 2008.
Go To Article

*"Principles of mandibular advancement device applied to the therapeutic of snoring and sleep apnea syndrome,"* Petitjean, Chammas, Langevin, Philit, and Robert, Laboratoire des Troubles Respiratoires liés au Sommeil, Hôpital de la Croix-Rousse, Lyon, France, Sleep, June, 2000.
Go To Article

*"Oral appliances in the treatment of obstructive apnea and snoring,"* Veterans Affairs Medical Center, Roxbury MA, Current Opinions in Pulmonary Medicine, November 1998.
Go To Article

*"Mandibular advancement devices for the control of snoring,"* Churchill Hospital, Oxford UK. European Respiratory Journal, 1998.
Go To Article

Footnotes:
- 1 Laryngoscope. 2009 August; 119 (8):1617-20. "Radiofrequency-assisted uvvlopalatoplasty for snoring: Long-term follow-up." Stuck BA.; Ear, Nose & Throat Journal, Nov 1999. "Snoring surgery: Which one is best for you?", Philip D. Littlefield, Eric A. Mair

- 2 Otolaryngology Head Neck Surgery. 2004 Jun;130(6):649-58, Popular snore aids: do they work?, Michaelson PG, Mair EA., Department of Otolaryngology-Head and Neck Surgery, Wilford Hall USAF Medical Center, San

Terms and Conditions  |  Privacy Policy

For corporate inquiries only: The Pure Sleep Company 900 Larkspur Landing Circle, Suite 207, Larkspur, CA 94939
© 2007-2010 The Pure Sleep Company



# Why You Snore...

**M**ost snoring is caused by a partial obstruction of the upper airway (the region behind the tongue). When we're awake, we consciously keep our upper airway open, allowing unobstructed breathing.

But when people fall asleep, those muscles relax, and the airway can become narrower. For most people who snore, air rushing through the narrowed opening causes the soft tissue in this part of the upper airway to vibrate, making the familiar sound of snoring.



Proven PureSleep is as easy to use as a dental retainer.



*Did you know...*

In the U.S. alone, more than 23% of married couples report that they sleep separately because of interrupted sleep, with snoring being the most common problem.

STOP SNORING

# Why PureSleep works.

PureSleep is an intraoral device designed to reduce or eliminate snoring by holding your lower jaw slightly forward of its normal position while you sleep. This tends to widen the upper airway so air isn't forced through such a narrow opening. PureSleep works because it opens your upper airway and eliminates the vibrations we all know as snoring. It's that simple—and that effective!



The soft tissue at the back of the throat relaxes during sleep, partially blocking the passageway. Air passing through causes vibration—and the unmistakable sound of snoring.

The principle of PureSleep is simple: It moves your lower jaw forward, opening the passageway enough so that air moves through unobstructed. No vibration, no snoring!

www.puresleep.com

## ⚠ Do not use PureSleep if...

- You have been diagnosed with central sleep apnea. PureSleep is not a treatment for sleep apnea or any other medical condition.
- You have chronic asthma, emphysema, or any other severe respiratory disorder. If you have a history of any of these diseases, consult a physician prior to use.
- You have loose teeth, abscesses, or severe gum disease.
- You are less than 18 years of age.
- You have had a dental implant within the last year.
- You have been diagnosed with temporomandibular disorder (TMD), which is a disease of the "jaw joint", unless a dentist or physician has advised you that you may use PureSleep.
- You have full dentures or are undergoing orthodontic treatment.
- The package seal was broken when you received your PureSleep.

If you are unable to use your PureSleep for any of these reasons, please return it for a refund per the terms of the PureSleep 30 day money-back guarantee.



*Did you know...*

snoring can be a symptom of sleep apnea which is a serious medical condition that can lead to high blood pressure, heart disease and stroke. For more information about sleep apnea, go to **sleepapnea.org**

GO TO SLEEP

# How to prepare for fitting.

**1.** *Brush your teeth.* Clean teeth mean that food particles won't be trapped in the device during the fitting process. If you have partial dentures, remove them.

**2.** *Determine what type of bite you have.* When you close your jaw normally, do your upper front teeth overlap your lower front teeth? If so, you are like most people, and have a typical bite and should connect the upper and lower components of your PureSleep in the "neutral" setting, as described in the next step. Everyone else will use the "advanced" setting.

**3.** *Attach the upper and lower parts of PureSleep in the setting that is best for you.* The upper and lower components of PureSleep are designed to fit together. The two plastic pins in the upper component fit into holes in the lower component in three possible positions, as shown on the next page.



**PureSleep®**
The Stop Snoring Solution

NEUTRAL SETTING
• Use the two holes closest to the front of the device.

ADVANCED SETTING
• Use the center two holes.

CUSTOM SETTING
• Use the two holes closest to the back.
  Note: This setting should only be used
  if directed by a dentist.

STOP SNORING

www.puresleep.com

# Helpful hints, important tips.

**HERE'S WHAT YOU WILL NEED:**

- a medium size pot for heating one to two quarts of water
- a spatula, preferably slotted
- a timer with a second hand
- a toothbrush and toothpaste
- cuticle scissors
- a towel

**PREVIEW OF THE FITTING PROCESS:**
A timer with a second hand is critical to your success in fitting PureSleep. Here's how it's going to work...

- You will be heating the device in boiling hot water for one minute.
- Then you'll remove PureSleep from the water and wait 10 to 12 seconds for the device to cool.
- *While holding your jaw forward, you must bite down hard to make an impression of your teeth in the softened plastic. You'll be holding that position for 30 seconds.*



## Common Mistakes to Avoid...

Fitting the PureSleep to your mouth is simple, but it's not quite as simple as it may seem. While you may be tempted to proceed without carefully reading the instructions, there are a number of details that can make a big difference. Here are the most common mistakes and how to avoid them:

- If you don't wait at least 10 seconds after removing PureSleep from the hot water, you can burn your mouth. But if you wait more than 12 seconds, the soft plastic will begin to harden and you won't get a deep enough impression of your teeth.

- Most people naturally tend to move their lower jaw backwards as they bite down. However, doing this will result in an improper fit, so you must resist this tendency. To ensure a proper fit, continue to hold your lower jaw forward while biting down.

- Don't be afraid to bite down hard. A deep impression will provide greater comfort and effectiveness.

*Did you know...*

according to a recent National Sleep Foundation study, among those respondents who have a partner who snores, 38% mentioned having problems in their relationship due to sleep issues.

**GO TO SLEEP**

## You are now ready to fit your PureSleep.

# How to custom-fit your PureSleep® in

**1. Boil one to two quarts of water in a medium size pot.** Once the water comes to a boil, remove it from the stove and turn off the burner. Do not leave boiling water unattended.

**2. Heat the PureSleep.** Using the spatula, slowly lower the PureSleep into the pot of hot water for one minute. To insure that the hot water comes into contact with the entire device, use the spatula to hold the device under water. Avoid unnecessary movement, which can cause the two components to separate. If this happens, let the PureSleep cool for one minute and repeat this step.



www.puresleep.com

# just minutes.

**PureSleep®**
*The Stop Snoring Solution*



**3.** *Fit the PureSleep to your mouth.* Hold the PureSleep out of the water with the spatula for exactly 10 to 12 seconds. Then as quickly as possible, perform the following actions:

- Thrust your jaw forward as far as you comfortably can.
- Place the PureSleep in your mouth.
- *Continuing to hold your jaw forward,* bite down *very* firmly.

Important Note: Most people naturally tend to move their lower jaw backwards as they bite down. However, doing this will result in an improper fit, so you must resist this tendency.

**4.** *Hold this position for 45 seconds.* Remove from your mouth and place the PureSleep under cool running tap water.

Note: It's normal for your teeth and gums to feel very warm during this process. If you are unable to maintain this position for the full 45 seconds, just hold it as long as you can.




**PureSleep®**
The Stop Snoring Solution

**5.** *Trim away excess material for greater comfort.* Now that you have fitted your PureSleep, you may notice that some of the soft plastic has been fused or melted together. This is normal at both ends of the device as it holds the two pieces together.

However, some soft plastic may have been displaced and could interfere with your tongue and cause irritation. Excess plastic may have accumulated along the inner portions of the PureSleep. Also, sharp peaks of soft plastic may form during the fitting process. You should cut away any extra material using cuticle scissors.

Caution: For greater safety, fold your towel in half two or three times and use it to hold your PureSleep while trimming material.



**6.** *PureSleep works best if you have made a deep impression of your teeth in the soft plastic.* If you think that you have not achieved the best impression possible, simply repeat fitting steps 2 though 5. Try to avoid repeating these steps more than three or four times as it may weaken the PureSleep.

www.puresleep.com



GO TO SLEEP

## Before you use your PureSleep...

- Brush your teeth.

- Remove partial dentures.

- Your PureSleep has been specifically prescribed to you and custom-fitted to your mouth. You should not let anyone else use your PureSleep.

- PureSleep works best if you sleep on your side or stomach. Specially designed pillows and "leg pillows" are available which can help you stay on your side during sleep.

- At first, some people have trouble sleeping with their PureSleep and some may even experience excess salivation or a slight "gagging" response. If this happens to you, make sure you have trimmed away any excess soft plastic, as described earlier. Also by placing your PureSleep in your mouth well in advance of going to bed, you can become acclimated to it before trying to sleep.

- If you wake up in the middle of the night and are bothered by your PureSleep, just take it out and go back to sleep. Each night, you should be able to sleep longer with your PureSleep, and in just a few nights, you should be sleeping snorelessly through the entire night!

# What to expect the next morning...

It's normal for your jaw, teeth, and gums to feel moderately sore and fatigued for the first three to five mornings as you acclimate to the new position during sleep. Also, if you don't use your PureSleep for several days, you may need to "re-acclimate" yourself.

⚠️ **Caution:** It is not normal to experience severe, sharp pain or for your jaw to suddenly become more limited in its ability to open. These symptoms may be an indication of a serious problem with the main joint of your jaw, called temporomandibular disorder (TMD). Additional symptoms of TMD include clicking or popping sounds when moving your jaw. If you experience these symptoms or believe that you may have TMD, discontinue use immediately and contact ThePure Sleep Company for a full refund per the terms of the PureSleep 30 day money-back guarantee. If these symptoms persist, you should contact your dentist or physician.

Likewise, discontinue use if your snoring becomes worse, you have difficulty breathing while using your PureSleep, or you experience ongoing pain in your teeth or gums.

www.puresleep.com

# How to get used to the *forward* position.

Each morning, your jaw will tend to stay in a "forward" position after the PureSleep is removed because the muscles in your jaw have become used to this position during the night. This is normal and is no cause for alarm. Within two to three hours, your jaw should return to its normal position.

You can also significantly shorten this time by performing a simple "jaw stretching" exercise in which you gently push your jaw backwards while relaxing the muscles in your jaw and holding this position for about a minute.

 **Caution:** If your jaw does not return to its normal position or if you experience any movement of your teeth, discontinue use and contact The Pure Sleep Company for a full refund per the terms of the PureSleep 30 day money-back guarantee. If symptoms persist, contact your dentist or physician.

*Morning exercise: Gently push your jaw backwards, relax your muscles and hold for about a minute.*

STOP SNORING

# Taking care of your PureSleep.

- Be sure to store PureSleep in a cool, dry place.
- Periodically, clean PureSleep with a toothbrush and toothpaste, or soak in water with effervescent oral device cleaning tablets.
- Do not use harsh chemicals or household cleaning products like bleach or ammonia.



**PureSleep**
The Stop Snoring Solution®

**Questions?**
Call 866-679-3777
Monday through Friday,
8:30 am to 10:00 pm.
Eastern Time
*Individual results may vary.*

Take care of your PureSleep and PureSleep will take care of you. Remember to clean according to instructions (at left). Now go to sleep!

PureSleep is proudly made in the United States from imported and domestic parts.

© 2009 The Pure Sleep Company. All rights reserved. Printed in U.S.A.