IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP SCIENCE PARTNERS,<br><br>    Plaintiff,<br><br>  v.<br><br>AVERY LIEBERMAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-04200 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Ryu for a settlement conference to be held at the convenience of her calendar along with Sleeping Well, LLC v. The Travelers Indemnity Company (Case No. C 10-3658 CW).  Counsel shall contact Magistrate Judge Ryu's chambers immediately to schedule a date and time for a settlement conference.

DATED: 7/20/2011

                                                       _____<br>                                                       CLAUDIA WILKEN<br>                                                       UNITED STATES DISTRICT JUDGE

cc:  Sue; ADR