Joseph Ehrlich SBN 84359
Mark R. Meyer SBN 238231
LOSCH & EHRLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 956-8400
Facsimile:     (415) 956-2150
E-mail: je@losch-ehrlich.com

Heather G. Flick SBN 184206
THE FLICK GROUP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 765-6685
Facsimile:     (415) 956-2150

Attorneys for Plaintiff
Sleep Science Partners, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>KATRINA WEBSTER, an individual, DANIEL WEBSTER, an individual, and SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10,<br><br>                Defendants. | Case No.  CV09-4200CW<br><br>Honorable Claudia Wilken<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |

On July 7, 2011, Defendants filed an administrative motion to seal.  Docket No. 167.  On July 14, 2011, Plaintiff, Plaintiff Sleep Science Partners, Inc. filed a declaration in support of the

motion to seal. Based on the matters stated in the declaration of Heather Flick and good cause appearing, the Court orders as follows:

The administrative motion to seal is GRANTED IN PART and DENIED IN PART, as follows:

1. With respect to the Memorandum (**Docket No. 168**) filed by Defendants, the motion is
    a. GRANTED as to page and line numbers i:25; 2:4-7; 3:24-26; 4:13-19; 4:20-28; 5:9-10; 5:11-15; 5:26-27; 6:10-11; 6:14-20; 6:22-7:11; 7:fn.4; 9:11-18; 19:3-4; 19:6-13; 19:14-24; 20:5; 20:10-23; 20:25-21:2, and
    b. DENIED as to page and line numbers 4:13-14; 5:3-7; 6:1-3; 6:3-7; 7:13-15; 7:16-20; 21:10-11; 21:14-16; 21:22-24; 22:2-3; 22, fn. 13; and 24:5-9
2. With respect to the exhibits attached to the Declaration of Gary L. Franklin (**Docket No. 168-2**) filed by Defendants, the motion is
    a. GRANTED as to Exhibit 2, Document titled "The PureSleep Method";
    b. DENIED as to Exhibit 3;
    c. GRANTED as to Exhibit 4, page and line numbers 63:16-64:8; 63:14-16; 63:20-22; 70:4-22:72:6-73:2; 73:6-25 and otherwise DENIED.
    d. GRANTED as to Exhibit 5, Deposition of Clark page and line numbers should be filed under seal: 4:9-11; 18:25-19:14; 20:3-20:20; 24:18-25; 25:1-15; 28:1-24 and otherwise DENIED;
    e. GRANTED as to Exhibit 6;
    f. GRANTED as to Exhibit 7;
    g. GRANTED as to Exhibit 8;
    h. GRANTED as to Exhibit 9, Deposition of McNeill, page and line numbers 37:13-20; 37:22-25; 83:6-23; 84:3-6; 86:5-7; 87:2-8 and otherwise DENIED;
    i. GRANTED as to Exhibit 10;

    j.  GRANTED as to Exhibit 12, Deposition of Fenton page and line numbers: 19:5-21:25 and otherwise DENIED.

    k.  GRANTED as to Exhibit 13, SSP Policies and Procedures Document.

    l.  GRANTED as to Exhibit 14, Deposition of Welker, pages and line numbers 366:18-19; 367:21-22; 368:7-9; 368:15-17; 368:20-24; 370:1-7; 370:18-24; 371:12-14, otherwise DENIED;

    m.  GRANTED as to Exhibit 18;

    n.  DENIED as to Exhibit 21, Deposition of Thomas;

    o.  GRANTED as to Exhibit 22, Plaintiff's Response to Defendants' Interrogatories (Set One) Marked Highly Confidential Answer No. 2, Answer No. 17, lines 10-18, and Answer No. 18, otherwise DENIED; and

    p.  GRANTED as to Exhibit 23 to 26.

3. With respect to the Declaration of Katrina Webster (**Docket No. 169**):

    a.  GRANTED as to all of the portions of Katrina Webster's declaration lodged under seall

    b.  GRANTED as to Exhibit 3; and

    c.  GRANTED as to Exhibit 9

4. With respect to the Declaration of Daniel Webster (**Docket No. 170**) the motion is GRANTED as to page 2, lines 9-12.

5. With respect to the Declaration of Mary Kate Scott (**Docket No. 172**):

    a.  GRANTED as to paragraphs 3, 6, 7, 9, 10, 11, 12, 13, 14, 16, 18, 21, 22-47, including the headings written in bold.

    b.  GRANTED as to Exhibit B;

    c.  GRANTED as to Exhibit C, pages and lines 34:9; 37:21-22; 27:12-25; 28:1-6; 28:16-19; 28:23-24; 29:1-3; 29:11-25; and

    d.  Otherwise DENIED

To the extent that Defendants' motion is granted with respect to portions of documents

1   and denied as to others, Defendants shall electronically file appropriately redacted versions of the
2   documents in the public record and unredacted versions under seal.  To the extent that
3   Defendants are granted leave to file under seal documents in their entirety, Defendants shall
4   electronically file them under seal.  To the extent that Defendants' motion is denied, they shall
5   electronically file the documents in the public record.  Defendants shall comply with this Order
6   within three days of the date it is issued.

8   Dated:   7/21/2011

                                                    Hon. Claudia Wilken
                                                    United States District Judge