Joseph Ehrlich SBN 84359
LOSCH & EHRLICH
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 956-8400
Facsimile:     (415) 956-2150
E-mail:  je@losch-ehrlich.com

Heather G. Flick SBN 184206
THE FLICK GROUP
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone:     (415) 765-6685
Facsimile:     (415) 956-2150

Attorneys for Plaintiff
Sleep Science Partners, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SLEEP SCIENCE PARTNERS, INC., a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>AVERY LIEBERMAN, an individual, KATRINA WEBSTER, an individual, DANIEL WEBSTER, an individual, SLEEPING WELL, LLC, a Vermont limited liability corporation, and DOES 1-10,<br><br>        Defendants. | Case No.  CV09-4200CW<br><br>Honorable Claudia Wilken<br><br><br>**STIPULATION TO MODIFY STIPULATED PROTECTIVE ORDER DATED MARCH 10, 2010 (Docket #35)** |

Plaintiff Sleep Science Partners, Inc. ("Plaintiff") and Defendants Katrina Webster, Daniel Webster and Sleeping Well, LLC ("Defendants") (collectively the "Parties"), by and through their respective counsel, have agreed to the terms of this Order.

1

WHEREAS, the Court entered a Stipulated Protective Order on or about March 10, 2010 (Docket #35) (the "Order") governing the designation of information as confidential in this litigation;

WHEREAS, paragraph 9 of the Order states that any information designated as confidential can only be used for the purposes of this litigation and paragraph 12 of the Order requires any modification to the Order to be in writing and approved of by the Court;

WHEREAS, the Parties wish to agree in writing to a limited modification of the Order to permit Plaintiff to use the materials designated herein in an arbitration Plaintiff has filed against Steven Welker with the AAA in San Francisco, CA, Case No. AAA 74 166 151 11 (the "Arbitration"); and

WHEREAS, Steven Welker signed the Order and agreed to be bound by its terms on or about June 11, 2010.

THEREFORE, Plaintiffs and Defendants stipulate to modify the Order as follows:

1. The parties agree to permit the following documents designated as *confidential* and/or *highly confidential attorneys' eyes only* in this litigation to be used in the Arbitration.

   Bates #SW03579-confidential
   Bates #SW03601-03602-HCAEO
   Bates #SW03606-03607-HCAEO
   Deposition Exhibit 72, Bates #SW02496-HCAEO
   Deposition Exhibit 85, Bates #SW03519-03520-confidential
   Deposition Exhibit 87, Bates #SW03468-03471-confidential
   Deposition Exhibit 88, Bates #SW03484-03485-confidential
   Deposition Exhibit 89, Bates #EURO00331-333-HCAEO
   Deposition Exhibit 93, Bates #SW04344-04345-confidential
   Deposition Exhibit 95, Bates #SW03467-confidential
   Deposition Exhibit 101, Bates #SW03495-03496-confidential
   Deposition Exhibit 103, Bates #SW03488-03490-confidential
   Deposition Exhibit 107, Bates #SW03464-confidential
   Deposition Exhibit 111, Bates #SW03361-03369-confidential
   Deposition Exhibit 113, Bates #SW04352-HCAEO

Deposition Exhibit 115, Bates #SW03576-03577-confidential
Deposition Exhibit 119, Bates #SW04343-HCAEO
Deposition Exhibit 132, Bates #SW03329-03331-HCAEO
Deposition Exhibit 133, Bates #SW02486-02487-HCAEO
Deposition Exhibit 142 (not labelled but designated as confidential by Defendants)
Deposition Exhibit 192, Bates #SW03565-confidential

2. The parties further agree to permit the use of Steven Welker's deposition in the Arbitration for the sole purposes of impeachment.

3. The parties further agreed that the following documents produced in this litigation but which have no designation of confidentiality may be used in the Arbitration:

Deposition Exhibit 81, Bates #SW3611
Deposition Exhibit 82, Bates #SW3629
Deposition Exhibit 83, Bates #SW3632
Deposition Exhibit 86, Bates #SW3635
Deposition Exhibit 91, Bates #SW3766
Deposition Exhibit 92, Bates #SW3772-4
Deposition Exhibit 94, Bates #SW03630-none
Deposition Exhibit 110, Bates #SW3637-8
Deposition Exhibit 114, Bates #SW3627
Deposition Exhibit 121, EURO #382
Deposition Exhibit 197, Bates #SW1961-2

4. The parties agree to permit Heather Flick of SSP to view the above referenced documents previously marked as *highly confidential attorneys' eyes only* in this litigation for purposes of the Arbitration.

5. All documents designated by the parties as *Confidential and/or Highly Confidential Attorneys' Eyes Only*, including those referenced herein, shall otherwise remain subject to the terms of the Order. The terms of the Order shall govern the disclosure and use of the documents referenced herein in the Arbitration.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Dated:** _____9/19/2011_____          **By:**_____
                                        **CLAUDIA WILKEN, United States District Judge**

3

Respectfully submitted,


Dated: September 16, 2011          THE FLICK GROUP

                                   By: /S/ Heather Flick
                                   Heather Flick, Attorneys for Plaintiff



Dated: September 16, 2011          PRIMMER PIPER EGGLESTON & CRAMER

                                   By: /S/ Gary Franklin
                                   Gary Franklin, Attorneys for Defendants

Stipulation to Modify Stipulated Protective Order Dated March 10, 2010 (Docket #35)
Case No. CV09-4200CW